(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Chapco Carton Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):     36-2057071 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  515 Crossroads Parkway<br>  Bolingbrook, IL 60440 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     Will | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor 515 Crossroads Parkway<br>(if different from street address above):     Bolingbrook, IL 60440 |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)          ☐ Railroad | ☐ Chapter 7      ■ Chapter 11      ☐ Chapter 13 |
| ■ Corporation          ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership          ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____          ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business     ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

NO DISKETTE

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/13/2004
Time: 12:18:51
Debtor: CHAPCO CARTON COMPANY
Case: 04-26000    Fee : 839
Chapter: 11 Rec. # : 3090490
Judge: Bruce Black


1:04BK26000-BK001

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Chapco Carton Company

FORM B1, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X *Chad H. Gettleman*
Signature of Attorney
Signature of Attorney for Debtor(s)
Chad H. Gettleman, Esq. ARDC 944858
Printed Name of Attorney for Debtor(s)
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
Firm Name
53 West Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address
312/435-1050
Telephone Number
July 13, 2004
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Charles G Kiolbasa Jr*
Signature of Authorized Individual
Charles G. Kiolbasa, Jr.
Printed Name of Authorized Individual
President
Title of Authorized Individual
July 13, 2004
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
■ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Chapco Carton Company
_____,
                                    Debtor

Case No. _____

Chapter_____11_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    N/A_____ .

2. The following financial data is the latest available information and refers to debtor's condition on
_____.

| | | | |
|---|---|---|---|
| a. Total assets | $ | 15,232,256.00 | (Book Value @ 3/31/04) |
| b. Total debts (including debts listed in 2.c.,below) | $ | 19,220,379.00 | (Book Value @ 3/31/04) |

Approximate number of holders

c. Debt securities held by more than 500 holders.

| | | | | | |
|---|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 718,314 | 1 |
| e. Number of shares of common stock | 5,025 | 2 |

Comments, if any:

3. Brief description of debtor's business:
Manufacturing, selling and distributing folding cartons used for retail packaging in food, candy, office supplies and automotive parts industries.

4. List the name of any person who directly or indirectly owns, controls. or holds, with power to vote, 5% or more of the voting securities of debtor:
Charles G. Kiolbasa, Jr., President and Sole Director

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Northern District of Illinois

In re    Chapco Carton Company

Debtor,

Case No. _____

Chapter _____11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alois Box Company, Inc.<br>2000 N. Mannheim Road<br>Melrose Park, IL 60160 | Alois Box Company, Inc.<br>2000 N. Mannheim Road<br>Melrose Park, IL 60160<br>708-681-4389 | Supplier | | 214,856.67 |
| Anderson & Vreeland Inc.<br>525 W. University Dr.<br>Arlington Heights, IL 60004 | Anderson & Vreeland Inc.<br>525 W. University Dr.<br>Arlington Heights, IL 60004<br>419-636-4334 | Supplier | | 171,299.20 |
| Cargill Financial Service<br>6000 Clearwater Drive<br>Minnetonka, MN 55343-9497 | Cargill Financial Service<br>6000 Clearwater Drive<br>Minnetonka, MN 55343-9497<br>952-984-3932 | Subordinated note payable for prior working capital/equipment loans. | | 355,954.00 |
| Cascades Boxboard Group Inc.<br>692 E. Thornwood Dr.<br>South Elgin, IL 60177 | Cascades Boxboard Group Inc.<br>692 E. Thornwood Dr.<br>South Elgin, IL 60177<br>514-289-1773 | Supplier | | 240,653.32 |
| Ekvall International Ltd<br>309 Vine Street<br>Suite 710<br>Cincinnati, OH 45202 | Ekvall International Ltd<br>309 Vine Street<br>Suite 710<br>Cincinnati, OH 45202<br>513-721-8149 | Supplier | | 574,583.23 |

In re    Chapco Carton Company                                    Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gibbon America II, Corp.<br>801A N. State Street<br>Elgin, IL 60573 | Gibbon America II, Corp.<br>801A N. State Street<br>Elgin, IL 60573 | Subordinated note for goods sold $336,894.00, plus outstanding accounts payable of $416,790.16 | | 753,684.16 |
| Graphic Packaging International, Inc.<br>JD Edwards Lockbox<br>PO Box 404161<br>Atlanta, GA 30384-4161 | Graphic Packaging International, Inc.<br>JD Edwards Lockbox<br>PO Box 404161<br>Atlanta, GA 30384-4161 | Supplier | | 154,337.80 |
| Interfilm Holdings, Inc.<br>P.O. Box 414218<br>Boston, MA 02241-4218 | Interfilm Holdings, Inc.<br>P.O. Box 414218<br>Boston, MA 02241-4218 | | | 106,551.89 |
| Joe Piper Inc<br>P O Box 11407<br>Drawer 367<br>Birmingham, AL 35246-0367 | Joe Piper Inc<br>P O Box 11407<br>Drawer 367<br>Birmingham, AL 35246-0367 | Supplier | | 118,128.92 |
| Mardi Transportation Inc.<br>2375 Pratt Blvd.<br>Elk Grove Village, IL 60007 | Mardi Transportation Inc.<br>2375 Pratt Blvd.<br>Elk Grove Village, IL 60007 | Freight | | 117,080.00 |
| Newark Group<br>20 Jackson Drive<br>Cranford, NJ 07079 | Newark Group<br>20 Jackson Drive<br>Cranford, NJ 07079 | Subordinated note, principal and accrued interest | | 1,515,000.00 |

In re      Chapco Carton Company                                    ,      Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Newark Pacific Paperboard<br>PO Box 31001-0929<br>Pasedena, CA 91110-0929 | Newark Pacific Paperboard<br>PO Box 31001-0929<br>Pasedena, CA 91110-0929 | Supplier | | 1,628,499.68 |
| Printers Service<br>P.O. Box 5120<br>Ironbound Station<br>Newark, NJ 07105-5120 | Printers Service<br>P.O. Box 5120<br>Ironbound Station<br>Newark, NJ 07105-5120 | Supplier | | 274,039.94 |
| RiverCor, LLC<br>2850 Gilchrist Rd.<br>Building #5<br>Akron, OH 44305 | RiverCor, LLC<br>2850 Gilchrist Rd.<br>Building #5<br>Akron, OH 44305 | Supplier | | 115,988.66 |
| Rock Tenn - Battle Creek Mill<br>177 Angell St.<br>Battle Creek, MI 49015 | Rock Tenn - Battle Creek Mill<br>177 Angell St.<br>Battle Creek, MI 49015 | Supplier | | 368,812.65 |
| Rockford Paperboard, Inc.<br>P.O. Box 560<br>Rockford, MI 49341 | Rockford Paperboard, Inc.<br>P.O. Box 560<br>Rockford, MI 49341 | Subordinated note payable for goods received, outstanding principal $399,799.00 plus accrued interest $8,488.90 | | 408,287.90 |
| Simkins Industries Inc.<br>Dept. 0271, PO Box#40000<br>Hartford, CT 06151 | Simkins Industries Inc.<br>Dept. 0271, PO Box#40000<br>Hartford, CT 06151 | Supplier | | 333,144.67 |

In re    Chapco Carton Company                                    ,    Case No. _____

                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Smurfit-Stone - Wabash<br>455 W. Factory St.<br>Wabash, IN 46992 | Smurfit-Stone - Wabash<br>455 W. Factory St.<br>Wabash, IN 46992 | Supplier | | 527,676.23 |
| The Custom Companies<br>P.O. Box 94338<br>Chicago, IL 60678-4338 | The Custom Companies<br>P.O. Box 94338<br>Chicago, IL 60678-4338 | Freight | | 160,487.34 |
| Wisconsin Paperboard Corp<br>20 Jackson Drive<br>Cranford, NJ 07016 | Wisconsin Paperboard Corp<br>20 Jackson Drive<br>Cranford, NJ 07016 | Supplier | | 237,980.65 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    July 13, 2004                            Signature    *Charles G. Kiolbasa* 

Charles G. Kiolbasa, Jr.
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Chapco Carton Company _____ ___   Case No. _____

   Debtor(s)   Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 13, 2004 _____   _Charles G. Kiolbasa_____

Charles G. Kiolbasa, Jr./President
Signer/Title

A-Korn Roller, Inc.
3545 South Morgan Street
Chicago, IL 60609

Abud, Ryan
2827 Stonewater Driv
Naperville, IL 60564

Achtermeier, Christine
1005 Conrad Lane
Shorewood, IL 60431

ADP, Inc.
P.O. Box 78415
Phoenix, AZ 85062-8415

ADT Security Services
361 Frontage Rd, Ste 574
Burr Ridge, IL 60521

Advanstar Communications
131 West First Street
Duluth, MN 55802-2065

AGFA Corporation
200 Ballardvale St.
Wilmington, MA 01887

Agfa Finance Group
200 Ballardvile Street
Wilmington, MA 01887

Aguilar, Marco
3419 W. 71st
Chicago, IL 60629

Aguilar, Pablo
5134 W. 21st Street
apt #1
Cicero, IL 60804

Aguilar, Victor
642 Hudson Avenue
Romeoville, IL 60446

Aguilera, Maria Del Socorro
822 1st Avenue
Morris, IL 60450

Aguirre, Sergio
7119 S. Homan
Chicago, IL 60629

Alois Box Company, Inc.
2000 N. Mannheim Road
Melrose Park, IL 60160

Alore, Peter A.
3052 Everglade Ave
Woodridge, IL 69517

Alvarado, Victor
5515 S. Kostner
Chicago, IL 60629

Alvarez, Eduardo
2301 S. Albany
Chicago, IL 60623

Alvarez, Rafael
3119 W. 40th Street
Chicago, IL 60632

American Express
Suite 0001
Chicago, IL 60679-0001

American United Life Insurance Company
ATTN: Acct / Control
P.O. Box 5482
Indianapolis, IN 46255-5482

Ameritech
P.O. Box 4520
Carol Stream, IL 60197-4520

Amlings Flowerland
PO Box 3219
Oak Brook, IL 60522-3219

Ammeraal Beltech, Inc.
652 Browns Ferry Road
Carmichael, PA 15320


Amsterdam Printing/Litho
PO Box 580
Amsterdam, NY 12010-0580


Anderson & Vreeland Inc.
525 W. University Dr.
Arlington Heights, IL 60004


Arreola, Agustina
978 E. Lilac Dr
Palatine, IL 60074


Arreola, Maria De Los Angeles
115 W. 17th Ave.
Melrose Park, IL 60160


Arrow Logistics
245 E. Fullerton Ave.
Carol Stream, IL 60188


Artwork Systems Inc.
219A Rittenhouse Circle
Bristol, PA 19007


AT & T
P.O. Box 9001309
Louisville, KY 40290-1309


AT&T Wireless Services Chicago
P.O. Box 8220
Aurora, IL 60572-8220


Avila, Jesus
1828 S. 58th Avenue
Cicero, IL 60804


Avila, Luis
6846 S. Keeler St.
Chicago, IL 60629

Avila, Raul
513 Blair Street
Park Forest, IL 60466


Baldwin Graphic Systems
12 Commerce Drive
P.O. Box 901
Sheldon, CT 06484


Befco
Bayerische Hypo-Und Verei
150 East 42Nd Street
New York, NY 10017-4679


Begeske, Michael
2108 Lolo Pass Dr.
Plainfield, IL 60544


Bemmco Door & Hardware
1909 Ogden Ave.
Lisle, IL 60532


Bennewate, Mary
5756 Lakepoint Drive
Plainfield, IL 60544


Bevilacqua, Patricia L.
9075 Turnberry Drive
Burridge, IL 60527


Blancarte, Hector M
2111 S. Austin Blvd.
Cicero, IL 60804


Blancarte, Jaime H.
2118 S. 61st.Ct.
Cicero, IL 60804


Bobst Group, Inc.
146 Harrison Ave.
Roseland, NJ 07068


Borgini, Joseph A.
17514 W. Bridle Ct.
Gurnee, IL 60031

Bray, Frank
910 Wabash
Wilmington, IL 60481

Briones, Emmanuel Martinez
3321 W. 66th Pl.
Chicago, IL 60629

Brocho, Victor
224 Walker
Bolingbrook, IL 60440

Brock, Douglas
591 Ryegrass
Aurora, IL 60504

Broschat, John
374 Sauk Trail
Park Forest, IL 60466

Bucholz, Leona M.
714 Stoddard St.
Wheaton, IL 60184

Callejas, Tania
2847 W. 25th Place
Chicago, IL 60623

Camacho, Carmelina
4030 S. East St
Stickney, IL 60402

Camacho, David
1670 Peter Lane
Romeoville, IL 60446

Camacho, Edgar R.
2304 South Albany
Chicago, IL 60623

Camacho, Gregorio
4030 S. East St.
Stickney, IL 60402

Camacho, Jose V.
2242 S. Albany
Chicago, IL 60623


Can-Am Packaging Equip.
30 Pulpit Rd.
P.O. Box 191
Pelham, NH 03076


Canon Business Solutions-Central, Inc.
Dept. 77-6024
Chicago, IL 60678-6024


Canon Financial Services, Inc.
PO Box 4004
Carol Stream, IL 60197-4004


Capital Adhesives
1260 Old State Rd 67 S.
Mooresville, IN 46158


Capital One, F.S.B.
Attn: Remittance Processing
P.O. Box 34631
Seattle, WA 98124-1631


Caraustar (SPRAGUE)
PO Box 281913
Atlanta, GA 30384


Cargill Financial Service
6000 Clearwater Drive
Minnetonka, MN 55343-9497


Cascades Boxboard Group Inc.
692 E. Thornwood Dr.
South Elgin, IL 60177


Castaneda, Teodoro
4730 W 13th Street
Cicero, IL 60804


Castellano, Jeanette M.
17716 Colonial Ct.
Plainfield, IL 60544

CEI Transport
5105 Toll View Dr.
Suite 200
Rolling Meadows, IL 60008


Ceja Victor, Miguel
2111 Austin
Cicero, IL 60804


Ceja, Rodrigo
4730 W. 13th
Cicero, IL 60804


Central Pallet Supply Co.
887-889 Church Rd.
Elgin, IL 60123


Chamberlain, Paul
12425 Heritage Meadows Dr.
Plainfield, IL 60544


Chavez, Gerardo
2111 S. Austin Blvd
Cicero, IL 60804


Chavez, Guillermo
22 S. 15th Avenue
Maywood, IL 60153


Chicago Suburban Express
P.O. Box 388568
Chicago, IL 60638


Chicago Trailer Pool Corp.
1150 North Ellis Street
Bensenville, IL 60106


Chiorino, Inc.
125 Ruthar Drive
Newark, DE 19711


Citiwaste, Inc.
808 S. Joliet Street
Joliet, IL 60436

CNA Insurance
PO Box 790094
St Louis, MO 63179-0094


Cole Taylor Bank
111 W. Washington
Suite 400
Chicago, IL 60602


Cole, Charles
17334 Ridgeland
Tinley Park, IL 60477


Coleman Building
Richard Fanslow
5722 Dempster Street
Morton Grove, IL 60053


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Commonwealth Edison
Acct. #1040132019
PO Box 784
Chicago, IL 60690-0784


Container Graphics Corp.
4841 White Bear Parkway
White Bear Lake, MN 55110


Contracts Unlimited, Inc
205 Green St.
P.O. Box 1609
Lockport, NY 14095-1609


Converting Technology, Inc
1555 - 1557 Carmen Drive
Elk Grove Village, IL 60007


Corporate Insurance Agency Inc.
1350 W. Northwest Highway
Mount Prospect, IL 60056-2297

Countryman, Jimmy A.
16225 Long Avenue
Oak Forest, IL 60452


Creative Computers
IdeaMall, Inc.
2555 W. 190th Street
Torrance, CA 90504


Cronin, Kevin J
1226 Keywest Drive
Lockport, IL 60441


Crown Lift Trucks
430 E. Plainfield Rd.
LaGrange, IL 60525


Cruz, Hector
1996 Wheatfield
Romeoville, IL 60446


CSC
P.O. Box 13397
Philadelphia, PA 19101-3397


Custom Global Logistics
36968 Eagle Way
Chicago, IL 60678-1369


D&B
75 Remittance Drive
Suite 1793
Chicago, IL 60675-1793


Dahlgren LLC
1634 Cobb International Blvd.
Kennesaw, GA 30152-4353


DecisionOne Corporation
6636 Cedar Ave South
Richfield, MN 55423


Delta Industries, Inc.
2201 Curtiss Street
Downers Grove, IL 60515

Delta Machine Service
657 S. Warren
Palatine, IL 60067


Diaz, Miguel
1696 RichfieldTrail
Romeoville, IL 60446


Dodson, Craig A.
1861 Marlboro Lane
Apt. #13
Crest Hill, IL 60435


Domino Amjet, Inc
1290 Lakeside Drive
Gurnee, IL 60031


Duarte, Catalina
5734 W 35ST Apt2
Cicero, IL 60804


Duke Realty LP
Attn: CRS16A
75 Remittance Drive
Suite 3205
Chicago, IL 60675-3205


Edward Hospital
801 S. Washington St.
Naperville, IL 60540-7060


Ekvall International Ltd
309 Vine Street
Suite 710
Cincinnati, OH 45202


Electricity Exchange, LLC
5516 Bergamot Ln.
Naperville, IL 60564


Ernandez, Ulises
5720 N. Campbell
Chicago, IL 60625

Escatel, Luis
834 Jackson
Morris, IL 60450

Escatel, Maria Estela
834 E. Jackson St.
Morris, IL 60450

Evlico
P.O. Box 6040
Customer Service
Lynchburg, VA 24505

F.A. Rauch Co.
1211 North Nobel Street
Chicago, IL 60622

Fleming, James D.
7108 W. Belden
Chicago, IL 60707

Flores, Esequiel
5554 S. Christiana A
Chicago, IL 60629

Flores, Joel
5603 S Christiana
Chicago, IL 60629

Ford Credit
PO Box 64400
Colorado Springs, CO 80962-4400

Fresh Water One Corp.
2005 Sanford Ave.
New Lenox, IL 60451

G & K Services N. Chgo
8201 S. Cork Avenue
Justice, IL 60458

Garcia, Enrique
1504-S 60th Ct.
Cicero, IL 60804

Garza Jr., Marcelino
1467 S. Birch Lane
South Elgin, IL 60177


Gaspar, Joel
2101 S. 61st Avenue
Cicero, IL 60804


Gibbon America II, Corp.
801A N. State Street
Elgin, IL 60573


Global Computer Supplies
175 Ambassador Drive
Naperville, IL 60540


Globke, Brandon M.
3030 Euclid Avenue
Berwyn, IL 60402


GMAC Payment Processing Center
PO Box 9001952
Louisville, KY 40290-1952


GMAC Payment Processing Center
PO Box 9001952
Louisville, KY 40290-1952


Goding Electric Motor
686 W. Fullerton Avenue
Glendale Heights, IL 60139


Gonzalez Jr., Guillermo
3349 W. Division
Chicago, IL 60651


Gonzalez, Lorena
2332 S. 61st Ct.
Cicero, IL 60804


Granados, Hector
1641 Kimberly Lane
Romeoville, IL 60446

Graphic Converting, Inc.
6701 West Oakton St.
Niles, IL 60714

Graphic Packaging International, Inc.
JD Edwards Lockbox
PO Box 404161
Atlanta, GA 30384-4161

Graphic Results
581 W. Main St.
Cary, IL 60013

Graphic West
60 Progress Drive
Manchester, CT 06040

Graves, Darryl
5354 Northwestern Dr
Matteson, IL 60436

GT Specialties
PO Box 6383
Albuquerque, NM 87197

Guardian Life Insurance Company
of America
550 W. Jackson
Chicago, IL 60661

H.B. Fuller Co.
1200 Willow Lake Blvd.
Vadnais Heights, MN 55110-5101

Hajek, Ronald E.
6412 S. LeClaire
Chicago, IL 60638

Hale, Warren L.
16 W 9th Street
Lockport, IL 60441

Harris & Bruno
8555 Washington Blvd.
Roseville, CA 95678

Haverhill Paperboard Corp
20 Jackson Drive
Cranford, NJ 07016


Heffernan, Garth J.
104 Dickens Trail
Elgin, IL 60120


Heritage-Crystal Clean, LLC
3970 West 10th Street
Indianapolis, IN 46222


Hernandez Jr., Raymundo
6449 S. Troy
Chicago, IL 60629


Hernandez, Alma  M.
2114 N. Hawthorne Av
Melrose Park, IL 60164


Hernandez, Carlos G.
9595 Maple Drive
Rosemont, IL 60018


Hernandez, Cynthia
1112 No. 23rd Ave.
Melrose Park, IL 60160


Hernandez, Erwin
1725 N. Cicero
Chicago, IL 60639


Hernandez, Ines Esther
2043 University Dr
Naperville, IL 60565


Hernandez, Jose A.
2202 Dumore
Joliet, IL 60436


Hernandez, Jose R.
2202 Dunmore
Joliet, IL 60431

Hernandez, Salvador
2175 Estes Ave
Des Plaines, IL 60014


Hernandez, Tomas
2101 S. 61st Ave.
Cicero, IL 60804


Hicks, Miguel
1424 Lily Cache Ln
Bolingbrook, IL 60490


Hinshaw & Culbertson LLP
222 N. LaSalle St.
Suite 300, FD-6
Chicago, IL 60601-1081


Holmes, Otis R.
2478 Red Hawk Ridge
Aurora, IL 60504


Huffstutler, Christine
8 Arlington Drive
Romeoville, IL 60446


Humana Health Plan Inc.
12291 Collections Center Drive
Chicago, IL 60693


Humana, Inc.
PO Box 3027
Milwaukee, WI 53201-3027


Hydra-Vac, Inc.
35991 Highway 21 North
Gurnee, IL 60031


IFC Credit Corp.
8700 Waukegan Rd.
Suite 100
Morton Grove, IL 60053-2104


IFCO Systems
2000 W. 32nd St.
Chicago, IL 60606

Illinois Department Of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


Indiana Department of Revenue
PO Box 7226
Indianapolis, IN 46207-7226


Inland Paperboard and Packaging, Inc.
139 E. Fullerton
Carol Stream, IL 60188


Inlander Brothers Inc.
7701 S. Claremont Avenue
Chicago, IL 60620


Integrated Control Solutions
28 Bridge Ave
Sicituate, MA 02066


Interfilm Holdings, Inc.
P.O. Box 414218
Boston, MA 02241-4218


Internal Revenue Service
Kansas City, MO 64999


International Paper Box Machine Co., Inc
PO Box 787
Nashua, NH 03061


J Burke & Associates, Inc.
2000 E Lamar Blvd
Suite 600
Arlington, TX 76006


J.B. Hunt Transport, Inc.
PO Box 98545
Chicago, IL 60693-8545


Jimenez, Fernando
440 Sioux Drive
Bolingbrook, IL 60440

Jochum, Michael J
1096 Crestview Cir
Elgin, IL 60123


Joe Piper Inc
P O Box 11407
Drawer 367
Birmingham, AL 35246-0367


Jorson & Carlson Co. Inc.
1501 Pratt Blvd.
Elk Grove Vllge, IL 60007


Just-In-Time Packaging Corp.
2521 Technology Drive, Suite 213
Elgin, IL 60123


Karbon Kopy Printing
6252 N Pulaski
Chicago, IL 60646


Ken Specialties, Inc.
618 N. Edgewood Avenue
Wood Dale, IL 60191


Kings Express
PO Box 550
St Joseph, MN 56374


Kiolbasa, Charles G., III
15 W. Hillgrove Ave
Apt 15B
LaGrange, IL 60525


Kiolbasa, Charles G., Jr.
9075 Turnberry Drive
Burr Ridge, IL 60527


Kiolbasa, Cynthia C.
9075 Turnberry Drive
Burr Ridge, IL 60527


Kiolbasa, Ronald
2085 W. Grand Cypress Ct.
Oro Valley, AZ 85737

Krause, Kenneth
1875 Tall Oaks Drive
#1403
Aurora, IL 60505


Krzebiot, Brian
25001 S. Foxford Dr.
Manhattan, IL 60442


Lamas, Magdaleno
2311 Dora Street
Melrose Park, IL 60153


Lesker Co., Inc.
3576 North Ave.
Stone Park, IL 60165


Liberty Propane
PO Box 458
Lemont, IL 60439-0458


Lithographic Sales & Services, Inc.
401 Eastern Ave.
Bensenville, IL 60106


Lopez, Maria De Jesus
1311 N. 18th Avenue
Melrose Park, IL 60160


Lopez-Rosales, Rosendo
2242 S. Albany
Chicago, IL 60623


Lukaszczyk, Andrew
8642 South Menard
Burbank, IL 60459


M & S Transport, Inc.
3738 S. Cicero Ave.
Cicero, IL 60804


MAC Funding Corporation
1500 Michael Drive
Suite H
Wood Dale, IL 60191

Macias, Manuel
1405 N. 32nd
Melrose Park, IL 60160

Macorp
501 Dickerson Rd.
PO Box 1429
North Wales, PA 19454

Maldonado, Rebeca
5843 S. Massasoit
Chicago, IL 60638

Malow Corporation
1835 S. Nordic Road
Mt. Prospect, IL 60056

Mandonado, Oscar
2111 S. Austin Blvd
Cicero, IL 60804

Manqueros, Maria A.
1405 S. 32nd Avenue
Melrose Park, IL 60160

Marco Die Supplies, Inc.
Dept. 5080
P.O. Box 740041
Louisville, KY 40201-7441

Mardi Transportation Inc.
2375 Pratt Blvd.
Elk Grove Village, IL 60007

Marquez, Aron
3707 W. 70th Street
Chicago, IL 60629

Marron, Gregorio G.
2218 N. Talman
Chicago, IL 60647

Martinez, Ignacio
2847 W. 25th Place
Chicago, IL 60623

Martinez, Yajaira
310 Harrison
West Chicago, IL 60185


McKenna, Inc.
2935 W. Sherwin Avenue
Chicago, IL 60645


McMaster Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Mead
Coated Board Division
2028 Collection Center Drive
Chicago, IL 60693-2028


Mercado, Alfredo J.
1816 N. Pulaski
Chicago, IL 60639


Michigan Treasury
Dept. 77889
Detroit, MI 48277-0889


MicroChoice, A Division of MPM
700 Eden Road
Mason,, MI 48854-0070


Midwest Industrial Rubber
PO Box 958640
St. Louis, MO 63195-8640


Miller Cooper & Co., Ltd.
Suite 250
650 Dundee Road
Northbrook, IL 60062-2747


Minjares, Eneida
5134 W. 21st #1
Cicero, IL 60804


Miranda, Angel
444 Sioux Drive
Bolingbrook, IL 60440

Mitsubishi Lithographic Presses
600 Barclay Blvd
Lincolnshire, IL 60069


Mittler Supply, Inc.
P.O. Box 1676
South Bend, IN 46634-1676


MLP U.S.A., Inc.
600 Barclay Boulevard
Lincolnshire, IL 60069


Mobile Paperboard Corp.
701 Mobile Street
Mobile, AL 36607


Moreno, Ricardo
6719 S. Komensky
Chicago, IL 60629


Moskowitz, Brian N.
6651 N. California
Chicago, IL 60645


Motion Industries
Berry Bearing
P.O. Box 98412
Chicago, IL 60693


Much, Shelist, Freed, Denenberg, Ament &
Rubenstein, P.C.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606


Muniz, Heriberto
538 E. Briarcliff Rd
Bolingbrook, IL 60440


Munoz, Maricela
308 Fourth Street
Aurora, IL 60505

NCL Graphics
1970 Estes Ave.
Elk Grove Village, IL 60007


Newark Group
20 Jackson Drive
Cranford, NJ 07079


Newark Pacific Paperboard
PO Box 31001-0929
Pasedena, CA 91110-0929


Newark Paperboard Mills
800 West Church Street
Stockton, CA 95203


Nicoat
840 Industrial Drive
Bensenville, IL 60106


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Nimmo, Sara
33 Nebraska St.
Geneva, IL 60134


Nolasco-Saldana, Everardo
2111 So Austin
Cicero, IL 60804


North American Cerutti Corp
C/O Zerand Corporation
15800 West Overland Drive
New Berlin, WI 53151


NTC Electronics, Inc.
12838 S. Cicero Ave.
Alsip, IL 60803-3044


Nunez, Jose
3639 W. 63rd Place
Chicago, IL 60629

O'Keefe, Michael P.
3619 N Wilton Street
Chicago, IL 60613

Oakbrook Mechanical Service, Inc
961 S. Route 83
Elmhurst, IL 60126-4993

Ocampo, Edilberto
2332 S. 61st Court
Cicero, IL 60804

Ocampo, Magaly
6846 S. Keeler
Chicago, IL 60629

Ocampo, Salome
5122 W. Montana
Chicago, IL 60639

Ojeda, Raul
3045 WS3 Pl.
Chicago, IL 60632

Oliveros, Alejandro
3906 W. 60th Street
Chicago, IL 60629

Olmedo, Victor
2741 S Avers
Chicago, IL 60623

Orozco, Jorge
2418 S. Lombard
Berwyn, IL 60402

Orozco, Rafael
536 Larkspur Dr.
Bolingbrook, IL 60440

Ortiz, Jose A.
6719 S. Komensky
Chicago, IL 60629

Overnite Transportation Co. (Ovnt)
P.O. Box 79755
Baltimore, MD 25779-0755


Pacheco, Ricardo
610 Gavin Ave
Romeoville, IL 60446


Pacheco, Teresa
2838 W. Mclean
Chicago, IL 60647


Paul Reilly Company
1967 Quincy Court
Glendale Heights, IL 60139


Paul Revere Life Insurance Co.
18 Chestnut Street
Worcester, MA 01608-1528


Paul, James
504 Everette
Romeoville, IL 60441


Peak Technologies
P O Box 8500
S-4955
Philadelphia, PA 19178-4955


People's Capital & Leasing Corp.
12150 Mackey
Overland Park, KS 66213


Perez, Jose
122 Bouchanan
Morris, IL


Perez, Xochitl
1229 Broadway
Joliet, IL 60435


Piette Dieboards
711 Ralph Lemorande Dr
Oconto Falls, WI 54154

Pimental, Reynaldo
1215 Richland
Berwyn, IL 60402


Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285-6460


Poch, Jerry N.
3626 Tallgrass Court
Joliet, IL 60435


Ponce, Manuel C.
1136 N.Christiana
Chicago, IL 60651


Ponce, Rogelio
1136 N. Christiana
Chicago, IL 60651


Premier Transport, Ltd.
23831 W. Andrew Rd.
Plainfield, IL 60544


Printers Service
P.O. Box 5120
Ironbound Station
Newark, NJ 07105-5120


Prudential
P.O. Box 1363
Minneapolis, MN 55440-1363


Prudential
PO Box 856138
Louisville, KY 40285


Prudential
PO Box 856138
Louisville, KY 40285


R Graphics Inc.
P.O. Box 4246
Rockford, IL 61110

R&L Carriers
PO Box 713153
Columbus, OH 43271


Ramirez, Raul
2741 S. Avers
Chicago, IL 60623


Ramos, Michael
2302 S. Elmwood
Berwyn, IL 60402


Renteria, Francisco
3706 W. 62st St.
Chicago, IL 60629


Reserve Account
PO Box 856056
Louisville, KY 40285-6056


Rios, Margarita
2643 S. 60th Ct.
Cicero, IL 60650


Rivas, Luis Manuel
1112 N. 23rd St.
Melrose Park, IL 60160


River Valley
PO Box 1911
Akron, OH 44309


RiverCor, LLC
2850 Gilchrist Rd.
Building #5
Akron, OH 44305


Rizzo, Vincent
5629 W. Byron
Chicago, IL 60634


Robinson, Milton
8524 S Mackinaw
Chicago, IL 60617

Rock Tenn - Battle Creek Mill
177 Angell St.
Battle Creek, MI 49015


Rockford Paperboard, Inc.
P.O. Box 560
Rockford, MI 49341


Rodriguez, Luis
1322 N. Bell
Chicago, IL 60622


Rodriguez, Luis M.
2741 S. Avers
Chicago, IL 60623


Romero, Araceli
5837 S. Kenneth
Chicago, IL 60629


Romero, Samuel
4730 W. 13th St.
Cicero, IL 60804


Rosete, Mario
1696 Richfield Trail
Romeoville, IL 60446


Rueda, Ana
2111 S. Austin
Cicero, IL 60804


Ruiz, Alexander
5242 W. Montana
Chicago, IL 60639


Ruiz, Ana
1828 S 58th Avenue
Cicero, IL 60804


Rush Logistics, Inc.
634 W. Webster Ave.
Chicago, IL 60614

Ruvalcaba, Efrain
3915 West 57th St.
Chicago, IL 60829


Ruvalcaba, Maribel
5515 S. Kostner
Chicago, IL 60629


Salgado, Moises
1696 Richfield Trl
Romeoville, IL 60446


Salto, Fabian
115 N. 17th Avenue
Melrose Park, IL 60160


Salto, Nabor
1322 S. 49th Avenue
Cicero, IL 60804


Sanchez, Ernesto
2508 Garden Street
Joliet, IL 60435


Sanchez, Jaime
1107 S. Wolf Road
Des Plaines, IL 60016


Sanchez, Rafael
224 Walker Dr
Bolingbrook, IL 60440


SBC Internet Services
4865 Collections Center Drive
Chicago, IL 60693


SBC Webhosting.com
PO Box 910439
Dallas, TX 75391-0439


Scheffel, Charles J.
8103 W.45th Place
Lyons, IL 60534

Schuld Incorporated
352 W. Maple
Route 30
New Lenox, IL 60451


Scott, Larry G.
1908 Inner Circle Dr
Crest Hill, IL 60435


Semper Paper Company, Inc
2617 Legends Way
Crestview Hill, KY 41017


Shaker Advertising Agency
1100 Lake St.
Shaker Bldg.
Oak Park, IL 60301-1060


Shell Oil Company
P. O. Box 98017
Des Moines, IA 50368-9016


Simkins Industries Inc.
Dept. 0271, PO Box#40000
Hartford, CT 06151


Singraber, Robert
1621 Addleman Stl
Joliet, IL 60431


Smurfit Stone - Middletown
407 Charles St.
Middletown, OH 45042


Smurfit-Stone
301 E. 144th Street
Dolton, IL 60419


Smurfit-Stone - Wabash
455 W. Factory St.
Wabash, IN 46992


Smurfit-Stone Container Corp.
301 East 144th Street
Dolton, IL 60419

Sonoco Canada Corp.
Trent Valley Mill
5 Bernard Long Rd.
Trenton, ON K8V 5R8


SOS Technologies
5080 N. Elston
Chicago, IL 60630


Spectape
1414 Solutions Center
Chicago, IL 60171


Standard Insurance
P.O. Box 6339
Portland, OR 97228


State of Indiana
100 N. Senate Avenue
Indianapolis, IN 46204


State of Michigan
Michigan Dept. of Treasury
Dept 77375, PO Box 77000
Detroit, MI 48277


Suburban Door Check & Lock Service
415 W. Ogden Ave.
Westmont, IL 60559


Systems
Mr. Larry Sommer
5146 South Meade
Chicago, IL 60638


Systems Equipment
120 S. Ogden Avenue
Suite 23
Hinsdale, IL 60521


Szatkowski, James A.
5120 S. Throop Stree
Chicago, IL 60609-5931

Tafoya, Flavio
3159 S. Avers
Chicago, IL 60623


Tal-Mar Custom Metal Fabricators, Inc.
4632 W. 138th Street
Crestwood, IL 60445


Terrazas, Hilda
1432 Schoenerr Ave
Bolingbrook, IL 60440


The Custom Companies
P.O. Box 94338
Chicago, IL 60678-4338


Thomas Interior Systems, Inc.
476 Brighton Drive
Bloomingdale, IL 60108


Tierra
Environmental & Industrial Service
3821 Indianapolis Blvd.
East Chicago, IN 46312


Topa, Pamela B.
12819 Stellar lane
Plainfield, IL 60544


Torres, Enrique
3715 S 59 Avenue
Cicero, IL 60804


Total Fire & Safety
6808 Hobson Valley Drive
Woodridge, IL 60517


Tranzact Technologies
360 W. Butterfield Rd.
Suite 400
Elmhurst, IL 60126


Travez, Lisa L.
1045 Sheridan
Naperville, IL 60540

Trinidad, David
2101 South 61 Av
Cicero, IL 60804


Turner, Mark E.
4516 Hedgerow Ct.
Plainfield, IL 60544


Turner, Robbin W.
509 Francis St.
Joliet, IL 60432


Twin Oaks Vending, Inc.
657 Wolverine Drive
Aurora, IL 60504


ULine
2200 S. Lakeside Drive
Waukegan, IL 60085


UniFirst Corporation
2374 Estes Ave.
Elk Grove Village, IL 60007


Uniparts
939 Industrial Dr.
Bensenville, IL 60106


United Lift Truck L.P.
P.O. Box 5948
Carol Stream, IL 60197-5948


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Unlimited Service, Inc.
PO Box 283
Elk Grove Village, IL 60007


Upham And Walsh Lumber
2720 Des Plaines Ave
Des Plaines, IL 60018

Uribe, Paulina
2914 W. McLean
Chicago, IL 60647


V. Seng Teaming Co.
PO Box 39
Elk Grove Village, IL 60009


Vargas, Cornelio
1219 S 48CR
Cicero, IL 60804


Vasquez, Wilson
1112 North 23rd
Stone Park, IL 60165


Vazquez, Elizabeth
604 Virginia
Joliet, IL 60432


Vazquez, Jose
604 St. Virginia
Joliet, IL 60432


Vazquez, Marco A.
14 Eastern Avenue
Joliet, IL 60433


Vega, Francisco
8027 W 46th St
Lyons, IL 60534


Velez, Elvin
4N382 2nd Avenue
Addison, IL 60101


Vicari, Mario
452 North Lincoln
Villa Park, IL 60181


Victor-Castro, Jose M.
2111 S. Austin Blvd
Cicero, IL 60804

Village of Romeoville
Water Department
13 Montrose Drive
Romeoville, IL 60446


Villagomez, Argelino
3303 N. Sacramento
Chicago, IL 60618


Vitran Express, Inc.
PO Box 633519
Cincinnati, OH 45263-3519


VLF, Inc.
204 Plainview Drive
Bolingbrook, IL 60440


Voegeli Board Sales, Inc.
29 W. 150 Butterfield Road
Warrenville, IL 60555


W.H. Leary Co., Inc.
19418 South 97Th Avenue
Mokena, IL 60448


Wallace, Larry D.
309 Hadleigh Rd.
Bolingbrook, IL 60440


Warehouse Direct
1601 W. Algonquin Rd.
Mount Prospect, IL 60056


Wells, Jeffrey B.
6339 S.Leclaire
Chicago, IL 60638


Western Slope Industries
2524 Foresight Circle
Grand Junction, CO 81505


Wilk, Michael W.
6146 S Neenah Ave.
Chicago, IL 60638

Wisconsin Paperboard Corp
20 Jackson Drive
Cranford, NJ 07016


Wisniewski, Kevin D
15 W. HILLGROVE
APT 15
LAGRANGE, IL 60525


Woodin, Jeffrey P.
2329 Birch
2nd Floor
Des Plaines, IL 60406


Wright, Glenn
1615 Rose Lane
Romeoville, IL 60446


Yellow Freight System Inc
PO Box 5901
Topeka, KS 66605


Ziemer, Cristal
535 Pasadena Ave
Apt 2
Crest Hill, IL 60435