IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CHAPCO CARTON COMPANY, ) | Case No. 04 B 26000 |
| a Delaware corporation ) | |
| FEIN 36-2057071 ) | |
| ) | Honorable Bruce W. Black |
| Debtor. ) | |

## ORDER EXTENDING DURATION OF INTERIM FINANCING ORDER

At Chicago, in said District, this 5th day of August, 2004.

THIS CAUSE coming to be heard upon the motion of CHAPCO CARTON COMPANY, a Delaware corporation (the "Debtor"), for the Entry of an Order Extending Duration of Interim Financing Order (the "Motion"), the terms of which are incorporated herein by reference; due and adequate written notice of the Motion having been given to all parties entitled thereto; no further notice hereof being necessary under the circumstances; and the Court having reviewed the Motion and having heard and considered statements of counsel for the Debtor and other interested parties, and being otherwise fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The terms and conditions of the Interim Financing Order (as defined in the Motion) be and are hereby continued through and including August 21, 2004, and pursuant thereto, the Debtor is hereby authorized to continue its post-petition financing arrangement consistent with the terms thereof and Budget attached thereto, without prejudice to the Debtor's right to seek additional extensions of the duration of the Interim Financing Order should such extension(s) be warranted;

63151.1 8/4/04

2.      The deadline for objecting to the post-petition financing authorized by the Interim Financing Order be, and it hereby is extended through and including 5:00 p.m., August 16, 2004;

3.      Except as expressly modified herein, the Interim Financing Order shall continue in full force and effect according to its terms and conditions; and

4.      The final hearing on the Interim Financing Order be, and it is hereby continued before the undersigned to Thursday, August 19, 2004 at 10:30 a.m.

ENTER:

_____
U.S. Bankruptcy Judge

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
HOWARD L. ADELMAN, ESQ. (ARDC #0015458)
BRAD A. BERISH, ESQ. (ARDC #06200891)
ADAM P. SILVERMAN, ESQ. (ARDC #6256676)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard Suite 1050
Chicago, Illinois 60604
312/435-1050
312/435-1059 fax
Counsel to Debtor

Chapco Carton Company
Cash Flow Forecast ($000)

| Description | Post-Petition Week Ending 6/17/04 | Post-Petition Week Ending 6/24/04 | Post-Petition Week Ending 07/01/04 | Post-Petition Week Ending 08/07/04 | Post-Petition Week Ending 08/14/04 | Post-Petition Week Ending 08/21/04 | Six Week Post-Petition Total |
|---|---|---|---|---|---|---|---|
| **BOOK BALANCE RECONCILIATION** | | | | | | | |
| Beginning Balance (book basis) | - | - | - | - | - | - | - |
| Total Cash Collections | 380.0 | 550.0 | 460.0 | 575.0 | 575.0 | 575.0 | 3,115.0 |
| Operating Disbursements | | | | | | | |
| Purchasing Disbursements | (236.0) | (230.0) | (230.0) | (230.0) | (242.0) | (243.8) | (1,411.8) |
| Manufacturing Overhead | (46.1) | (135.7) | (105.1) | (131.2) | (90.7) | (142.9) | (652.7) |
| Total Cost of Sales (Cash) | (282.1) | (365.7) | (335.1) | (361.2) | (332.7) | (386.3) | (2,064.2) |
| Selling & Admin. Expenses (Cash) | (49.6) | (175.8) | (48.1) | (176.7) | (51.6) | (172.3) | (676.2) |
| Total Operating Disbursements | (330.8) | (541.5) | (385.2) | (538.9) | (384.4) | (558.7) | (2,740.5) |
| Net Sales | 551.6 | 551.6 | 551.6 | 551.6 | 578.9 | 578.9 | |
| **Non-Operating Disbursements** | | | | | | | |
| Deposits | - | (40.0) | (40.0) | - | - | - | (80.0) |
| Bank DIP Finance Agreement Fees/Interest | (87.5) | (10.0) | - | (32.9) | (4.0) | - | (104.4) |
| Bank legal counsel professional fees | (15.0) | (30.0) | (5.0) | (5.0) | (5.0) | (5.0) | (45.0) |
| Professional fees - equipment appraisal | - | (30.0) | - | - | - | (7.5) | (27.5) |
| Unsecured Creditor Committee fees/retainers | - | (30.0) | (5.0) | (5.0) | (5.0) | (5.0) | (42.0) |
| Legal and Restructuring fees | (70.0) | (70.0) | (70.0) | (95.0) | (65.0) | (92.9) | (432.9) |
| Total Non-Operating Disbursements | (152.5) | (180.0) | (120.0) | (167.9) | (79.0) | (77.5) | (865.9) |
| Total Disbursements | (483.3) | (701.5) | (505.2) | (647.8) | (463.4) | (636.2) | (3,607.3) |
| Ending Balance (book basis) | - | - | - | - | - | - | - |

Page 1 of 2

Chapco DIP Operating Budget.xls
7/13/2004 12:15 PM

Chapco Carton Company
Cash Flow Forecast ($000)

| Description | Post-Petition Week Ending 07/17/04 | Post-Petition Week Ending 07/24/04 | Post-Petition Week Ending 07/31/04 | Post-Petition Week Ending 08/07/04 | Post-Petition Week Ending 08/14/04 | Post-Petition Week Ending 08/21/04 | Six Week Post-Petition Total |
|---|---|---|---|---|---|---|---|
| **COST OF SALES (Cash Only)** | | | | | | | |
| Purchasing Disbursements | | | | | | | |
| Board | 210.0 | 200.0 | 200.0 | 200.0 | 206.0 | 211.8 | 1,227.8 |
| Ink | 13.0 | 15.0 | 15.0 | 15.0 | 18.0 | 15.9 | 91.9 |
| Computed | 13.0 | 15.0 | 15.0 | 15.0 | 18.0 | 15.9 | 91.9 |
| Total Purchasing Disbursements | 236.0 | 230.0 | 230.0 | 230.0 | 242.0 | 243.6 | 1,411.6 |
| **Manufacturing Overhead** | | | | | | | |
| Salaries / Payroll Taxes (WRF) | | 88.7 | | 84.3 | | 84.3 | 257.3 |
| Pension Contribution | | 0.8 | | 0.8 | | 0.8 | 2.4 |
| Industrial Relations | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 7.8 |
| Plate Expense - Materials & Supplies | 8.5 | 8.5 | 8.5 | 8.5 | 8.9 | 8.9 | 51.8 |
| Insurance (General, WC, Group) | | | 60.0 | | | | 60.0 |
| Rent | | | | | | | |
| Real Estate Taxes | | | | | | | |
| Equipment Rental | 15.0 | 15.0 | 15.0 | 15.0 | 24.0 | 10.0 | 34.0 |
| Repairs & Maint. (Bldg, Equip, Salaries) | 21.3 | 21.3 | 21.3 | 21.3 | 15.0 | 15.0 | 90.0 |
| Shop Supplies | | | | | 22.4 | 22.4 | 130.3 |
| Utilities | | | | | 19.0 | | 19.0 |
| **Total Manufacturing Overhead** | 46.1 | 135.7 | 106.1 | 131.2 | 90.7 | 142.6 | 652.7 |
| **Total Cost of Sales (Cash Only)** | 282.1 | 365.7 | 336.1 | 361.2 | 332.7 | 386.3 | 2,064.2 |
| **SELLING & ADMINISTRATIVE (Cash Only)** | | | | | | | |
| Salaries / Payroll Taxes (WRF) | | 126.7 | | 120.4 | | 120.4 | 367.5 |
| Pension Contribution | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 1.8 |
| Insurance (see above) | | | | | | | |
| Auto, Truck, & Delivery | 20.7 | 20.7 | 20.7 | 20.7 | 21.8 | 21.8 | 126.6 |
| Shipping | 5.6 | 5.6 | 5.6 | 5.6 | 5.9 | 5.9 | 34.0 |
| Commissions | 5.5 | 5.5 | 5.5 | 5.5 | 6.1 | 6.1 | 35.8 |
| Data Processing | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 6.0 |
| License & Taxes | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 9.0 |
| Rent | | | | | | | |
| Real Estate Taxes | | | | | | 9.0 | 9.0 |
| Utilities | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 7.2 |
| Office Expense & Postage | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 10.2 |
| Officers' Life Insurance | | | | | | | |
| Sales Expense | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 6.6 |
| Telephone | | | | 1.2 | 1.2 | 1.2 | 3.6 |
| Miscellaneous | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 60.0 |
| **Total Selling & Administrative** | 48.6 | 175.6 | 49.1 | 176.7 | 51.6 | 172.3 | 673.2 |