UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| CHAPCO CARTON COMPANY, | ) | Case No. 04-26000 (BWB) |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. Bruce W. Black |

**FINAL ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF FOLEY & LARDNER LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application dated July 27, 2004 (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtor (the "Debtor"), for an order, pursuant to § 1103(a) of Title 11, United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), authorizing the Committee to employ and retain the law firm of Foley & Lardner LLP effective as of July 21, 2004; and upon the Affidavit of Michael J. Small[1], a member of Foley & Lardner LLP, sworn to on July 27, 2004 (the "Small Affidavit"); and it appearing that certain members, counsel and associates of Foley & Lardner LLP who will be engaged in this case are duly qualified to practice before this Court; and the Court being satisfied based on the representations made in the Application and the Small Affidavit that Foley & Lardner LLP represents no interest adverse to the Committee and/or the Debtor's estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person" as that term is defined under § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, that its employment is necessary and would be in the best interests of the Committee and the Debtor's estates; and

---

[1] The hourly rate charged by Mr. Mark Prager in this matter has been voluntarily reduced to $445.

finding that adequate notice of the Application and Proposed Interim Order having been given to the Debtor, Debtor's counsel, counsel to the Debtor's proposed debtor-in-possession lenders, the Office of the United States Trustee for the Northern District of Illinois, and all parties who requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; it appearing that no other notice need be given; after the Court conducted a hearing on August 5, 2004, to address any objections; no party objected to the relief granted by the Proposed Interim Order; and upon due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that in accordance with sections 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is hereby authorized to employ and retain the firm of Foley & Lardner LLP as its counsel, effective as of July 21, 2004, upon the terms and conditions set forth in the Application and the Small Affidavit, to perform the services as set forth in the Application and the Small Affidavit.

**IT IS FURTHER ORDERED** that Foley & Lardner LLP, as co-counsel for the Committee, shall be entitled to receive reasonable compensation for its services and to receive reimbursement of actual, necessary expenses subject to the provisions and requirements of 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, and any other applicable or related statutes and rules.

Dated: _____, 2004

_____
HONORABLE BRUCE W. BLACK
UNITED STATES BANKRUPTCY JUDGE

011.1212542.1