UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAPCO CARTON COMPANY, | ) | |
| | ) | Case No. 04 B 26000 (BWB) |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | |

## NOTICE OF FILING

TO:    SEE ATTACHED

    PLEASE TAKE NOTICE that on the 21st of April, 2005, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, 60604, via the Court's CM/ECF system, the **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF LOWENSTEIN SANDLER PC AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, in the above-captioned bankruptcy proceeding, a copy of which is attached and hereby served upon you.

                                         **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS CHAPCO CARTON CO.**

                                         By:     /s/ Cynthia A. Fonner
                                                                   One of Its Attorneys

| | |
|---|---|
| Paul Kizel | Michael J. Small (Bar No. 6207645) |
| S. Jason Teele | Cynthia A. Fonner (Bar No. 6210653) |
| Lowenstein Sandler PC | Foley & Lardner LLP |
| 65 Livingston Avenue | 321 N. Clark Street, Suite 2800 |
| Roseland, New Jersey 07068 | Chicago, Illinois 60610-4764 |
| Tel: 973-597-2500 | Tel: 312-832-4500 |
| Fax: 973-597-2347 | Fax: 312-832-4700 |

011.1261263.1

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 21, 2005, she served a true and accurate copy of the attached **FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF LOWENSTEIN SANDLER PC AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, to be served via U.S. Mail, upon the persons and entities on the attached service list.

/s/ Cynthia A. Fonner

CHAPCO CARTON COMPANY
BANKRUPTCY CASE NO. 04 B 26000
SERVICE LIST

Howard L. Adelman
Chad H. Gettleman
Brad A. Berish
Adam P. Silverman
Mark A. Carter
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, IL 60604
Fax: 312/ 435-1059

Roman L. Sukley
Office of the US Trustee
US Department of Justice
227 W. Monroe Street, Suite 3350
Chicago, IL 60606
Fax: 312/ 886-5794

Cole Taylor Bank
c/o Douglas J. Lipke
Eric S. Prezant
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, IL 60601-1003
Fax: 312/ 609-5005

Charlie Kiolbasa, Jr.
Chapco Carton Company
515 Crossroads Parkway
Bolingbrook, IL 60440
Fax: 630/ 771-0522

Kugman Associates, Inc.
c/o Michael J. Golde
30 N. LaSalle Street, 17th Floor
Chicago, IL 60602
Fax: 312/ 251-5551

IFC Credit Corp
c/o Gus Paloian
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
Fax: 312/ 269-8869

MAC Funding Corporation
MLP USA, Inc.
c/o John B. Stanis
Masuda Funai Eifert & Mitchell, Ltd.
Schaumburg Office
1475 East Woodfield Road, Suite 800
Schaumburg, IL 60173-5485
Phone: 847/ 734-8851
Fax: 847/ 734-1089

People's Capital & Leasing Corp.
c/o Dennis A. Dressler
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL 60601
Fax: 312/ 861-0022

American Express Travel Related Svcs. Co.
Inc. Corp Card
c/o Becket and Lee, LLP
500 Chesterfield Pkwy, #100
PO Box 3001
Malvern, PA 19355-0701
Fax: 610/ 993-8493

Bobst Equipment Finance Company, Inc.
c/o Diane Stolbach
Kraemer, Burns, Mytelka, Lovell & Kulka, P.A.
675 Morris Avenue
Springfield, NJ 07081
Tel: 973/ 912-8700
Fax: 973/ 912-8602

CHAPCO CARTON COMPANY
BANKRUPTCY CASE NO. 04 B 26000
SERVICE LIST

Stephanie Thomas
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026
Tel: 202/ 326-4020 ext. 3457
Fax: 202/ 326-4112

Ronald C. Kiolbasa
c/o J. Michael Williams
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, IL 60604
Tel: 312/ 726-2252
Fax: 312/ 726-0609

Duke Construction Limited Partnership
c/o Duke Realty Corporation
Attn: Ann Dee
4225 Naperville Road, Suite 150
Lisle, IL 60532
Fax: 630-428-1889

Canon Financial Services, Inc.
c/o Andrew Sklar
Sklar & Paul, P.C.
701 White Horse Road, Suite 5
Voorhees, NJ 08043
Tel: 856/435-5394

2

011.1207992.4