UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Bruce W. Black

Hearing Date: July 6, 2005

Bankruptcy Case No.: 04 B 26000

Adversary No.:

Title of Case: In re Chapco Carton Company

Brief Statement of Motion: Oral Motion to Set Date for filing amended final Chapter 11 Debtor-In-Possession Report.

Names and Addresses of moving counsel:
Faye Feinstein
Quarles & Brady LLP
500 W. Madison
Chicago

Representing:

## ORDER

Debtor shall file its amended final Chapter 11 Debtor-In-Possession report by July 20, 2005.

/s/ Bruce W. Black

6/11/99