| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/09/04 | CHG | Telephone call to Eric Prezant regarding negotiations concerning Cole Taylor Bank suggested revisions to proposed sale notice and court order regarding same. | 0.50 hrs |
| 11/09/04 | CHG | Continued review and revision of proposed sale notice and court order. | 0.30 hrs |
| 11/09/04 | CHG | Telephone call from Bill Factor regarding ongoing negotiations concerning IFC; suggested revisions to proposed sale notice and related court order. | 0.50 hrs |
| 11/09/04 | CHG | Review e-mail from Eric Prezant regarding Cole Taylor Bank additional requirements in connection with waiver of cash collateral rights and case conversion rights pursuant to bank's support of proposed bidding procedures. | 0.20 hrs |
| 11/09/04 | CHG | Review and revise proposed sale order and notice. | 0.10 hrs |
| 11/09/04 | CHG | Telephone call to Charlie Kiolbasa regarding same. | 0.10 hrs |
| 11/09/04 | CHG | Conference call with Charles Kiolbasa and Dale Marcus regarding recommended future action in connection with competing bidders efforts to qualify as to initial stalking horse. | 0.40 hrs |
| 11/09/04 | CHG | Telephone calls to and from Steve Rappin, attorney for Lake Park Capital regarding bidding procedures and preparation of letter of intent and selection of stalking horse issues. | 0.30 hrs |
| 11/09/04 | CHG | Telephone calls from and to Roman Sukley regarding status of revisions to proposed sale notice and order pursuant to US Trustee concerns. | 0.10 hrs |
| 11/09/04 | CHG | Review e-mail from John Stanis, counsel to MAC Funding regarding suggested revisions to proposed sale of notice and order. | 0.10 hrs |
| 11/09/04 | CHG | Continued preparation, review and revision of proposed sale notice and related court order based upon suggested revisions by US Trustee, Cole Taylor Bank, IFC, MAC Funding and Bobst Equipment. | 1.10 hrs |
| 11/09/04 | CHG | Preparation of e-mail letter to all parties and counsel in connection with revised sale notice and related court order and review and revise letter to all parties concerning same. | 0.70 hrs |
| 11/09/04 | CHG | Telephone calls from and to Will Olberholtzer regarding revised High Street Capital offer. | 0.30 hrs |
| 11/09/04 | CHG | Preparation of e-mail letter to attorneys for MAC Funding and Duke Realty regarding assumption and assignment of executory contracts in connection with asset sales efforts. | 0.20 hrs |
| 11/09/04 | CHG | Telephone calls to and from Eric Prezant regarding proposed court order concerning sales procedures. | 0.10 hrs |
| 11/09/04 | CHG | Preparation for court hearing on debtors sales procedures motion and submission of revised bidding procedures and court order. | 0.30 hrs |
| 11/10/04 | CHG | Telephone call from Charles Kiolbasa regarding impending court hearing on sales procedures and status of negotiations with creditors concerning same. | 0.10 hrs |
| 11/10/04 | CHG | Conference call with Eric Prezant, Gus Paloian and Bill Factor regarding additional suggested revisions to proposed sales notice and court order. | 0.40 hrs |
| 11/10/04 | CHG | Final review and revision of proposed notice of approved bidding procedures and asset sale and court order authorizing bidding procedures in connection therewith. | 0.30 hrs |
| 11/10/04 | CHG | Preparation for court hearings including final preparation of court order regarding bidding procedures. | 0.30 hrs |
| 11/10/04 | CHG | Telephone call to Steve Rappin regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Continued preparation for and attendance at court hearing on debtors sales procedures motion, entry of revised bidding procedures and notice and court order and conferences with counsel of record regarding same. | 0.50 hrs |
| 11/10/04 | CHG | Telephone calls to and from Charles Kiolbasa regarding outcome of court hearing. | 0.10 hrs |

| Date | | Description | Hours |
|---|---|---|---|
| 11/10/04 | CHG | Preparation of e-mail to Will Olberholtzer regarding same. | 0.20 hrs |
| 11/10/04 | CHG | Preparation of e-mail to Steve Rappin regarding same and recommended future action. | 0.20 hrs |
| 11/10/04 | CHG | Preparation of e-mail to Waveland Investment representatives regarding same and recommended future action. | 0.10 hrs |
| 11/10/04 | CHG | Preparation of additional e-mail to Will Olberholtzer regarding sales issues. | 0.10 hrs |
| 11/10/04 | CHG | Telephone call from Dale Marcus regarding status of court hearing. | 0.10 hrs |
| 11/10/04 | CHG | Preparation of e-mail to Suken Shah, Prospect Partners regarding court authorized sale and bidding procedures. | 0.10 hrs |
| 11/10/04 | CHG | Telephone call to Steve Rappin regarding approved bidding procedures and recommended future action. | 0.10 hrs |
| 11/10/04 | CHG | Telephone call from Phil Sexauer regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Preparation of fax to all notice recipients with all attached copy of file stamped court order and approved bidding procedures. | 0.30 hrs |
| 11/10/04 | CHG | Preparation of sale notice for mailing to all creditors in the estate and preparation of certificate of service regarding same. | 0.30 hrs |
| 11/10/04 | CHG | Review e-mail from Phil Sexauer regarding anticipated delivery of letter of intent. | 0.10 hrs |
| 11/10/04 | CHG | Telephone call from Phil Sexauer regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Preparation of proposed letter of debtor selecting stalking horse to approve bidding procedures. | 0.30 hrs |
| 11/10/04 | CHG | Continued preparation, review and revision of same. | 0.20 hrs |
| 11/10/04 | CHG | Detailed review of e-mail from Phil Sexauer with proposed letter of intent of Lake Park Capital and identify outstanding issues in connection therewith in light of entry of court order with approved bidding procedures. | 0.30 hrs |
| 11/10/04 | CHG | Telephone call to Steve Rappin regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Review e-mail from Dale Marcus regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Telephone call from Charles Kiolbasa regarding review of letter of intent from Lake Park Capital, review of letter of intent from Waveland Investments, analysis of same in connection with selection of stalking horse and review of anticipated bid from High Street Capital regarding same. | 0.40 hrs |
| 11/10/04 | CHG | Telephone call to Phil Sexauer regarding same and necessary revisions to letter of intent pursuant to approved bidding procedures. | 0.20 hrs |
| 11/10/04 | CHG | Telephone call from Dale Marcus regarding same and anticipated bank response to proposed refinancing. | 0.20 hrs |
| 11/10/04 | CHG | Telephone call to Phil Sexauer regarding confirmation of bank support of proposed refinancing pursuant to Lake Park Capital letter of intent. | 0.20 hrs |
| 11/10/04 | CHG | Preparation of e-mail to Charles Kiolbasa and Dale Marcus with attached Lake Park Capital draft letter of intent. | 0.20 hrs |
| 11/10/04 | CHG | Telephone call from Phil Sexauer regarding same. | 0.10 hrs |
| 11/10/04 | CHG | Continued preparation, review and revision of letter to all counsel of record identifying debtors selection of stalking horse and reasons therefore and fax transmittal in connection therewith. | 0.60 hrs |
| 11/10/04 | CHG | Review fax transmittal from Will Olberholtzer with attached letter of intent with High Street Capital. | 0.30 hrs |
| 11/10/04 | CHG | Telephone call to Charles Kiolbasa regarding same, ongoing analysis of competing letters of intent, selection of stalking horse and authorization to forward e-mail confirmation and fax confirmation to counsel of record regarding debtors selection of Lake Park Capital letter of intent as initial stalking horse. | 0.20 hrs |
| 11/10/04 | CHG | Review e-mail from and preparation of e-mail to Bill Factor regarding IFC position and clarification concerning proposed bid protection and break up fee. | 0.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/10/04 | CHG | Preparation of e-mail letter to Phil Sexauer and Steve Rappin regarding debtors selection of Lake Park Capital letter of intent as stalking horse pursuant to approved bidding procedures and recommended future action in connection with qualification for bidding at auction. | 0.30 hrs |
| 11/11/04 | APS | Review and analysis of of email correspondence sent by CHG to prospective purchasers regarding stalking horse bid; correspondence between stalking horse bidder and debtor. | 0.30 hrs |
| 11/11/04 | APS | Review and analysis of letter of intent from stalking horse and related revisions thereto via email. | 0.40 hrs |
| 11/11/04 | APS | Prepare thorough email to CHG regarding Mardi Transportation as relates to stalking horse. | 0.20 hrs |
| 11/11/04 | APS | Office conference with CHG regarding sales procedures issues, including stalking horse bid protection nd continued need to present qualified bid; interest of other parties in auction; sale procedures as effects Mardi transportation. | 0.50 hrs |
| 11/11/04 | APS | Telephone call from Glen Fjermelal, counsel to Cascade Box, regarding sale process; prepare responsive email to same attaching sale procedures order., | 0.20 hrs |
| 11/11/04 | APS | Telephone call from J. Poch regarding due diligence and prepare email message to CHG regarding same. | 0.20 hrs |
| 11/11/04 | CHG | Telephone call from Phil Sexauer regarding confirmation of selection of stalking horse and necessary future action in order to become qualified bidder at auction pursuant to approved bidding procedures and preparation of e-mail to Phil Sexauer and Mark Polinsky regarding same. | 0.20 hrs |
| 11/11/04 | CHG | Preparation of revised asset purchase agreement for submission to prospective bidders modified as a result of entry of court order approving bidding procedures. | 0.10 hrs |
| 11/11/04 | CHG | Conference call from Meghan Otis, Phil Calian and Dennis Zaslavsky, Waveland Investment regarding debtors selection of Lake Park Capital as stalking horse, continuing interest of Waveland, anticipated due diligence efforts and timing thereof and recommended future action. | 0.60 hrs |
| 11/11/04 | CHG | Preparation of e-mail to Lake Park Capital, Dale Marcus and Charles Kiolbasa regarding recommended future action in connection with division of tasks to comply with bidding procedures and satisfy due diligence inquiries for Lake Park and other bidders. | 0.40 hrs |
| 11/11/04 | CHG | Preparation of detailed e-mail letter to Waveland Investments regarding approved bidding procedures and recommended future action in connection with division of due diligence tasks. | 0.50 hrs |
| 11/11/04 | CHG | Review and revise same. | 0.20 hrs |
| 11/11/04 | CHG | Preparation of e-mail to Will Olberholtzer regarding notification of stalking horse selection and means of continuing asset sales interests. | 0.20 hrs |
| 11/11/04 | CHG | Preparation of e-mail letter to all counsel of record regarding bid status including submission of High Street Capital offer an anticipated future action. | 0.40 hrs |
| 11/11/04 | CHG | Conference call from Phil Sexauer and Mark Polinsky regarding IFC negotiations and pending deadlines in connection with asset purchase agreement preparation and submission. | 0.30 hrs |
| 11/11/04 | CHG | Conference call with Charles Kiolbasa and APS regarding ongoing sales efforts, bidding procedures and impact on competing purchasers. | 0.10 hrs |
| 11/11/04 | CHG | Review e-mail from and preparation of e-mail to John Stanis, MAC Funding counsel regarding contact information for pending bidders. | 0.30 hrs |
| 11/11/04 | CHG | Telephone calls from and to Eric Prezant regarding asset sales status. | 0.20 hrs |
| 11/11/04 | CHG | Conference call from Mark Polinsky and Phil Sexauer regarding outcome | 0.40 hrs |

| | | | |
|---|---|---|---|
| | | of meeting from IFC concerning renegotiation of equipment loan, potential sale and lease back negotiation and anticipated future action. | |
| 11/11/04 | CHG | Telephone call to Charles Kiolbasa's office regarding same. | 0.10 hrs |
| 11/12/04 | APS | Review and analysis of email from Glen Fjermedal, counsel to Cascade Box; Review and analysis of responsive email from CHG regarding Cascade's ability to make an offer to acquire assets of the debtor. | 0.20 hrs |
| 11/12/04 | CHG | Review e-mail from and preparation of e-mail to Jerry Poch regarding proposed disclosure of employee files in connection with bidders, due diligence requirements and recommended future action and authorization concerning same. | 0.20 hrs |
| 11/12/04 | CHG | Review e-mail from and preparation of responsive e-mail to Will Olberholtzer regarding status of High Street Capital of acquisition interest in light of Lake Park selection as stalking horse. | 0.20 hrs |
| 11/12/04 | CHG | Review e-mail from and preparation of responsive e-mail to Glenn Fjermedal, attorney for Cascades Box regarding entry of sales procedures order, selection of stalking horse and necessary future action for prospective purchaser interest. | 0.30 hrs |
| 11/12/04 | CHG | Telephone calls from and to Brian Rujawitz regarding current asset sales efforts, approved bidding procedures, timing issues in connection with bidding, auction and sale hearing and recommended future action in the event his group determines acquisition interest. | 1.00 hrs |
| 11/12/04 | CHG | Telephone call to Charles Kiolbasa regarding same. | 0.10 hrs |
| 11/12/04 | CHG | Review e-mail from and preparation of responsive e-mail to Will Olberholtzer regarding methodology of stalking horse selection and reasons therefore. | 0.40 hrs |
| 11/12/04 | CHG | Preparation of e-mail to Brian Rujawitz regarding asset sales issues and approved bidding procedures. | 0.30 hrs |
| 11/12/04 | CHG | Review e-mail from Dennis Zaslavsky, Waveland Investments, regarding scheduled due diligence efforts. | 0.10 hrs |
| 11/12/04 | CHG | Preparation of e-mail to Charles Kiolbasa, Jerry Poch and Dale Marcus regarding Cascades Box due diligence request. | 0.10 hrs |
| 11/15/04 | CHG | Preparation for meeting with bank counsel and representatives including office conference with Charlie Kiolbasa regarding same and review e-mail from Waveland Investments regarding purchase interest and forward to Eric Prezant and Doug Lipke. | 0.20 hrs |
| 11/15/04 | CHG | Attendance at office conference at Kugman and Associates with Dale Marcus and Charlie Kiolbasa regarding preparation for bank meeting and review of status of pending expressions of interest from prospective purchasers. | 0.30 hrs |
| 11/15/04 | CHG | Attendance at office conference at Vedder Price with Eric Prezant, Brin Perna, Dale Marcus and Charlie Kiolbasa regarding status of pending asset sales efforts, going negotiations concerning same, review of competing purchase interests and refinancing requirements in connection therewith and including follow up conference with Charlie Kiolbasa and Dale Marcus regarding necessary future action. | 1.40 hrs |
| 11/15/04 | CHG | Conference call with Phil Sexauer and Charlie Kiolbasa regarding outcome of bank meeting and impact of same on continuing asset sales efforts. | 0.30 hrs |
| 11/15/04 | CHG | Telephone call to Gus Paloian. | 0.10 hrs |
| 11/15/04 | CHG | Telephone call to Bill Factor regarding outcome of bank meeting and impact of same on ongoing asset sales efforts. | 0.30 hrs |
| 11/15/04 | CHG | Review e-mail from and preparation responsive e-mail to Cascade Box regarding necessary execution of confidentiality agreement as conditioned for receiving financial information needed in connection with possible | 0.10 hrs |

| Date | Who | Description | Hours |
|---|---|---|---|
| | | acquisition interest. | |
| 11/15/04 | CHG | Telephone calls from and to Mark Polinsky including telephone calls from and to Phil Sexauer regarding status of funding issues in connection with asset sales efforts. | 0.10 hrs |
| 11/15/04 | CHG | Conference call with Charlie Kiolbasa, Mark Polinsky and Phil Sexauer regarding same. | 0.10 hrs |
| 11/15/04 | CHG | Telephone call to Bill Factor regarding same. | 0.10 hrs |
| 11/15/04 | CHG | Telephone call to Charlie Kiolbasa regarding ongoing analysis of competing purchase interests, nature of outstanding issues in connection with each, impact of bank funding on purchase price determination and recommended future action. | 0.40 hrs |
| 11/16/04 | APS | Telephone conference with Brian Rujawitz and CHG regarding potential new buyer. | 0.40 hrs |
| 11/16/04 | APS | Telephone conference with C. Kiolbasa and CHG regarding potential new buyer. | 0.40 hrs |
| 11/16/04 | APS | Office conference with CHG regarding inclusion of new buyer; need to facilitate due diligence; status of discussions with prospective purchasers, generally. | 0.40 hrs |
| 11/16/04 | CHG | Telephone call to Charlie Kiolbasa regarding ongoing asset sales efforts and negotiations. | 0.20 hrs |
| 11/16/04 | CHG | Telephone calls from and to Phil Sexauer. | 0.10 hrs |
| 11/16/04 | CHG | Telephone call to Steve Rappin regarding ongoing issues concerning preparation of proposed asset purchase agreement, status of refinancing negotiations with various secured creditors and lessors and recommended future action. | 0.50 hrs |
| 11/16/04 | CHG | Telephone call from Phil Sexauer and Mark Polinsky and conference call to Steve Rappin regarding necessary future action concerning same. | 0.10 hrs |
| 11/16/04 | CHG | Telephone call to Charlie Kiolbasa regarding same. | 0.20 hrs |
| 11/16/04 | CHG | Review voice mail from Steve Rappin and Phil Sexauer regarding ongoing acquisition issues and assumption of real property lease issues. | 0.10 hrs |
| 11/16/04 | CHG | Preparation of fax transmittal to Steve Rappin regarding building lease for Bollingbrook facility and amendments thereto. | 0.20 hrs |
| 11/16/04 | CHG | Telephone call to Charlie Kiolbasa's office regarding same. | 0.20 hrs |
| 11/16/04 | CHG | Telephone call from Phil Sexauer regarding IFC negotiation in connection with asset purchase agreement. | 0.10 hrs |
| 11/16/04 | CHG | Telephone call to Charlie Kiolbasa regarding same and ongoing acquisition issues and considerations. | 0.20 hrs |
| 11/16/04 | CHG | Review e-mail from Lake Park Capital regarding IFC proposal as part of its asset purchase agreement. | 0.10 hrs |
| 11/16/04 | CHG | Telephone calls from and to Brian Rujawitz, prospective purchaser regarding status of current asset sales efforts, bidding procedures, requirements for participation therein, background of current operations in connection with ongoing asset sales efforts and recommended future action to commence due diligence efforts. | 0.60 hrs |
| 11/16/04 | CHG | Telephone call to Charlie Kiolbasa regarding same and recommended future action. | 0.30 hrs |
| 11/16/04 | CHG | Interoffice conference with APS regarding status hearing on asset sales efforts. | 0.10 hrs |
| 11/16/04 | CHG | Conference call from Phil Sexauer and Mark Polinsky regarding ongoing analysis of asset purchase agreement issues including assumption of liabilities and confirmation that no environmental liabilities are being assumed. | 0.30 hrs |
| 11/16/04 | CHG | Telephone call from Charlie Kiolbasa regarding ongoing analysis and | 0.50 hrs |

ADELMAN & GETTLEMAN, LTD.

Case 04-26000   Doc 285-10   Filed 08/18/05   Entered 08/18/05 12:54:01   Desc Cont.

Chapco Carton Company   5D-E   Page 6 of 14   Invoice No: 4192   Page No. 10

| Date | | Description | Hours |
|---|---|---|---|
| | | consideration of pending asset sales issues with competing purchasers. | |
| 11/17/04 | CHG | Telephone call from Charlie Kiolbasa regarding Brian Rujawitz's groups interest in asset acquisition. | 0.10 hrs |
| 11/17/04 | CHG | Telephone call from Charlie Kiolbasa regarding same. | 0.10 hrs |
| 11/17/04 | CHG | Telephone calls from and to Brian Rujawitz regarding ongoing acquisition interest and outstanding issues in connection therewith.s | 0.50 hrs |
| 11/17/04 | CHG | Telephone call to Charlie Kiolbasa regarding additional information to be supplied to Brian Rujawitz in connection with pending asset purchase analysis. | 0.20 hrs |
| 11/17/04 | CHG | Conference call with Brian Rujawitz and Ken Hathi regarding current financing difficulties with Cole Taylor, limited funding availability and impact on asset sales efforts. | 0.40 hrs |
| 11/17/04 | CHG | Telephone call to Charlie Kiolbasa regarding necessary future action in connection therewith. | 0.30 hrs |
| 11/17/04 | CHG | Telephone call to APS regarding same. | 0.20 hrs |
| 11/17/04 | CHG | Telephone call from Charlie Kiolbasa regarding ongoing asset sales efforts, negotiations, analysis of competing expressions of interests and recommended future action. | 0.30 hrs |
| 11/18/04 | CHG | Office conference at Vedder Price with Doug Lipke, Eric Prezant, Brin Perna, Derek Wasilevich, Charlie Kiolbasa, Dale Marcus and Brent Kugman regarding ongoing asset sales efforts and negotiations and impact of issues concerning debtor in possession financing on same. | 0.90 hrs |
| 11/18/04 | CHG | Office conference with Cole Taylor Counsel and representatives only concerning ongoing asset sales efforts and related funding needs. | 0.30 hrs |
| 11/18/04 | CHG | Office conference at Vedder Price with Doug Lipke, Brin Perna, Derek Wasilevich, Charlie Kiolbasa and Rally Capital representatives Howard Samuels and Steve Baer regarding detailed review of pending asset sales efforts, negotiations, outstanding issues anticipated timing in connection with budget approved budget procedures and requested further action. | 1.10 hrs |
| 11/18/04 | CHG | Follow up office conference with Charlie Kiolbasa regarding same and ongoing negotiations with competing purchasers. | 0.60 hrs |
| 11/18/04 | CHG | Telephone calls from and to Phil Calain and Dennis Zaslavsky, Waveland Investments regarding ongoing analysis of asset purchase agreement issues and related matters, including some of bank meeting in connection with funding issues, retention by bank of Rally Capital as its consultants and impact of same on Kugman and Associates continued involvement. | 0.80 hrs |
| 11/18/04 | CHG | Telephone calls to and from Phil Sexauer regarding same. | 0.10 hrs |
| 11/18/04 | CHG | Telephone calls from and to Steve Baer regarding ongoing review of pending asset sales efforts, current negotiations, bank funding in connection therewith and recommended further action. | 0.60 hrs |
| 11/18/04 | CHG | Telephone calls from and to Charlie Kiolbasa regarding same and necessary further action. | 0.50 hrs |
| 11/18/04 | CHG | Preparation of detailed e-mail to Lake Park Capital regarding outcome of bank meeting in connection with continued involvement of Kugman and Associates in light of bank's retention of separate financial consultants and impact on pending and further asset sales negotiations in connection therewith including necessary revisions to sample asset purchase agreement concerning deposit holder for earnest money deposits and related revisions thereto. | 0.40 hrs |
| 11/18/04 | CHG | Preparation of e-mail to Waveland Investments regarding same. | 0.20 hrs |
| 11/18/04 | CHG | Preparation of e-mail to Brian Rujawitz regarding same. | 0.20 hrs |
| 11/18/04 | CHG | Preparation of revised sample asset purchase agreement for submission to all competing purchasers. | 0.40 hrs |

| Date | | Description | Hours |
|---|---|---|---|
| 11/18/04 | CHG | Preparation of e-mail to Brian Rujawitz in connection therewith. | 0.20 hrs |
| 11/19/04 | CHG | Review e-mail from and preparation of responsive e-mail to Mark Polinsky regarding Lake Park earnest money deposit. | 0.10 hrs |
| 11/19/04 | CHG | Telephone call to Phil Calian and Dennis Zaslavsky regarding letter of intent and status of their preparation of asset purchase agreement in connection with require bidding procedures. | 0.30 hrs |
| 11/19/04 | CHG | Telephone call to Charlie Kiolbasa regarding same. | 0.20 hrs |
| 11/19/04 | CHG | Preparation of e-mail to Steve Baer regarding various letters of intent received from competing purchasers and outstanding issues in connection therewith. | 0.40 hrs |
| 11/19/04 | CHG | Preparation of e-mail to Jason Teele regarding same. | 0.20 hrs |
| 11/19/04 | CHG | Telephone call from Jason Teele regarding status of asset sales negotiations. | 0.20 hrs |
| 11/19/04 | CHG | Telephone call from Charlie Kiolbasa regarding status of negotiations with IFC in connection with asset purchase agreement, involvement of Rally Capital on behalf of Cole Taylor regarding pending asset sales negotiations and purchaser's requirements for bank refinancing, review of confidentiality agreement to be supplied to Cascades Box and its counsels revisions thereto. | 0.40 hrs |
| 11/19/04 | CHG | Review confidentiality agreement with Cascades Box, its counsel revisions and preparation of e-mail to Charlie Kiolbasa regarding same. | 0.30 hrs |
| 11/19/04 | CHG | Review e-mail regarding IFC negotiations in connection with pending asset sales efforts. | 0.10 hrs |
| 11/19/04 | CHG | Telephone call to Charlie Kiolbasa regarding same and Cascades Box confidentiality agreement approval. | 0.20 hrs |
| 11/19/04 | CHG | Telephone calls from and to Eric Prezant regarding status. | 0.20 hrs |
| 11/19/04 | CHG | Telephone call from Steve Rappin regarding asset purchase agreement and anticipated timing of submission of same. | 0.10 hrs |
| 11/20/04 | CHG | Telephone call from Charlie Kiolbasa regarding bidding procedures. | 0.20 hrs |
| 11/21/04 | CHG | Telephone call from Charlie Kiolbasa regarding competitive bidding in connection with bidding procedures. | 0.20 hrs |
| 11/21/04 | CHG | Telephone calls from and to Steve Baer regarding status of current discussions with competing purchasers. | 0.30 hrs |
| 11/21/04 | CHG | Telephone call from Charlie Kiolbasa regarding same and recommended future action. | 0.20 hrs |
| 11/21/04 | CHG | Research in connection with competitive bidding in section 363 sale and impact on bid protection and break up fee provisions in connection therewith. | 0.30 hrs |
| 11/22/04 | CHG | Telephone call from Phil Sexauer regarding review of bidding procedures, impact of differences in selected bids in connection with determination of highest and best offer and status of bid protection provisions in bidding procedures. | 0.40 hrs |
| 11/22/04 | CHG | Review e-mail from Steve Rappin with attached asset purchase agreement submitted by Lake Park Capital and initial review of same. | 0.30 hrs |
| 11/22/04 | CHG | Telephone call from Charlie Kiolbasa regarding same, ongoing due diligence activities by other prospective purchasers, and debtor in possession operations as impacting on continuing asset sales efforts. | 0.40 hrs |
| 11/22/04 | CHG | Telephone call to Steve Rappin. | 0.10 hrs |
| 11/22/04 | CHG | Continued review of Lake Park Capital asset purchase agreement. | 0.20 hrs |
| 11/22/04 | CHG | Telephone calls from and to Steve Prebish, attorney for Waveland Investments regarding ongoing asset sales efforts, current negotiations between his client and selected secured creditors and lessors, review of bidding procedures and status of preparation of asset purchase agreement in | 0.90 hrs |

| Date | | Description | Hours |
|---|---|---|---|
| | | connection with initial bid deadline. | |
| 11/22/04 | CHG | Telephone call from Charlie Kiolbasa regarding same and ongoing asset sales efforts with other prospective purchasers. | 0.30 hrs |
| 11/22/04 | CHG | Telephone call from Phil Sexauer regarding same including bidding procedures and satisfaction of requirements for submission by initial bid deadline. | 0.40 hrs |
| 11/22/04 | CHG | Telephone call to Dennis Dressler, attorney for People's Capital regarding attendance at auction and pre auction credit approval for competing purchasers. | 0.20 hrs |
| 11/22/04 | CHG | Telephone call to John Stanis. | 0.10 hrs |
| 11/22/04 | CHG | Telephone call to Louis Salomine, attorney for Duke Realty. | 0.10 hrs |
| 11/22/04 | CHG | Telephone call to Diane Stolback attorney for Bobst. | 0.10 hrs |
| 11/22/04 | CHG | Telephone call from Dean Lakhani and Brian Rujawitz concerning detailed review of outstanding issues in connection with asset sales efforts, asset purchase agreement preparation and issues in connection therewith, satisfaction of requirements for participation at auction, bidding procedures and related issues. | 1.30 hrs |
| 11/22/04 | CHG | Telephone calls to and from Steve Baer regarding status of anticipated receipt of competing bids. | 0.30 hrs |
| 11/22/04 | CHG | Telephone call to Steve Prebish regarding ongoing review and analysis of bidding procedures and auction requirements. | 0.40 hrs |
| 11/22/04 | CHG | Preparation of e-mail to Steve Prebish with revised sample asset purchase agreement and court approved bidding procedures in connection with Waveland Investment ongoing efforts. | 0.40 hrs |
| 11/22/04 | CHG | Telephone calls from and to Eric Prezant. | 0.10 hrs |
| 11/22/04 | CHG | Telephone calls from and to Diane Stolback. | 0.10 hrs |
| 11/22/04 | CHG | Telephone calls from and to Louis Salomine. | 0.10 hrs |
| 11/22/04 | CHG | Preparation of e-mail to all counsel for secured creditors, lessors and creditors committee with attached Lake Park Capital draft asset purchase agreement and anticipated receipt of signed final asset purchase agreement and initial bid deadline from Lake Park Capital. | 0.50 hrs |
| 11/23/04 | CHG | Telephone call to Louis Salomine, attorney for Duke Realty, regarding attendance at auction, pre auction credit approval by competing purchasers, current status of asset sales negotiations and anticipated future action. | 0.30 hrs |
| 11/23/04 | CHG | Telephone call to Diane Stolback, attorney for Bobst Equipment Finance concerning same and review of means of conducting auction in light of numerous secured creditors and lessors potentially conflicting interests. | 0.50 hrs |
| 11/23/04 | CHG | Review e-mails from Steve Prebish and Diane Stolback regarding auction. | 0.10 hrs |
| 11/23/04 | CHG | Telephone call to Bank One regarding establishment of client fund account for Waveland Investment earnest money deposit. | 0.20 hrs |
| 11/23/04 | CHG | Telephone call from Diane Stolback regarding auction procedures. | 0.10 hrs |
| 11/23/04 | CHG | Telephone call from Reid Krakuer, Continental Plants, regarding asset acquisition interest and necessary future action including conference call to Charlie Kiolbasa regarding same. | 0.30 hrs |
| 11/23/04 | CHG | Telephone call to Charlie Kiolbasa regarding pending negotiations with competing purchasers. | 0.20 hrs |
| 11/23/04 | CHG | Review e-mails from Dean Lakhani with attached contract revisions and American Family Products proposed asset purchase agreement. | 0.40 hrs |
| 11/23/04 | CHG | Telephone calls from and to Dean Lakhani regarding same. | 0.10 hrs |
| 11/23/04 | CHG | Telephone call to Brian Rujawitz regarding recommendations in connection with pre auction credit approval for all bidders from secured creditors and lessors. | 0.30 hrs |
| 11/23/04 | CHG | Telephone call to John Stanis's office regarding same. | 0.10 hrs |

| Date | | Description | Hours |
|---|---|---|---|
| 11/23/04 | CHG | Telephone calls to and from Steve Prebish regarding client fund account establishment for earnest money deposit and necessary future action. | 0.20 hrs |
| 11/23/04 | CHG | Telephone call to Bank One account representatives regarding same and verification of anticipated timing of ability to receive wire transfers. | 0.20 hrs |
| 11/23/04 | CHG | Office conference with Phil Sexauer including conference calls with Mark Polinsky and Steve Rappin regarding ongoing review of bidding procedures, verification of satisfaction of initial bid deadline requirements and outstanding issues concerning pending negotiations with secured creditors and lessors. | 1.00 hrs |
| 11/23/04 | CHG | Telephone calls to Bank One account representatives regarding establishment of client fund accounts for Lake Park Capital and American Family Products earnest money deposits. | 0.30 hrs |
| 11/23/04 | CHG | Telephone calls from and to Dean Lakhani regarding ongoing analysis and issues concerning his client's preparation and submission of asset purchase agreement by initial bid deadline. | 0.40 hrs |
| 11/23/04 | CHG | Preparation of e-mail to Dean Lakhani regarding procedures to utilize in connection of receipt of earnest money deposits. | 0.30 hrs |
| 11/23/04 | CHG | Telephone call to Dean Lakhani regarding same. | 0.20 hrs |
| 11/23/04 | CHG | Complete Bank One account documentation for establishment of client fund account for Waveland, Lake Park and American Family. | 0.40 hrs |
| 11/23/04 | CHG | Office conference with Reid Krakuer of Continental Plants and Charlie Kiolbasa regarding ongoing asset sales interests and necessary future action to participate at auction and review of bidding procedures. | 0.40 hrs |
| 11/23/04 | CHG | Follow up office conference with Charlie Kiolbasa regarding same. | 0.30 hrs |
| 11/23/04 | CHG | Telephone call to Doug Lipke's office regarding Continental Plants. | 0.10 hrs |
| 11/23/04 | CHG | Additional office conference with Reid Krakuer and Charlie Kiolbasa regarding asset sales negotiations, secured creditors and lessors negotiations and bidding procedures. | 0.80 hrs |
| 11/23/04 | CHG | Telephone call to Steve Baer regarding status of all asset sales negotiations and receipt of asset purchase agreements by initial bid deadline. | 0.40 hrs |
| 11/23/04 | CHG | Preparation of Bank One account documentation for client fund account for receipt of Continental Plants earnest money deposit. | 0.20 hrs |
| 11/23/04 | CHG | Preparation of e-mail to Reid Krakuer in connection therewith and necessary future action for satisfaction of initial bid deadline requirements. | 0.30 hrs |
| 11/23/04 | CHG | Review fax transmittal from Steve Rappin with attached asset purchase agreement executed by authorized representative of Lake Park Capital and review agreement in connection with same. | 0.30 hrs |
| 11/23/04 | CHG | Telephone calls from and to John Stanis, attorney for MAC Funding regarding attendance at auction, pre auction credit approval with his client for all prospective purchasers, review of proposed auction procedures and recommended future action regarding same. | 0.40 hrs |
| 11/23/04 | CHG | Telephone call to Steve Baer regarding same. | 0.50 hrs |
| 11/24/04 | APS | Coordinate asset Purchase Agreement dissemination with CHG (from outside of office) confirm wire transfer; prepare email to interested parties regarding status of initial offers. | 1.20 hrs |
| 11/24/04 | APS | Telephone conference with CHG in which we discussed contemplated auction procedure and possible issues raised in and outcome of same. | 0.90 hrs |
| 11/24/04 | CHG | Review asset purchase agreements submitted by Waveland, Lake Park and Continental Plants. | 0.60 hrs |
| 11/24/04 | CHG | Preparation of e-mail to counsel and representatives of all secured creditors, lessors, bidders, trustee, creditors committee and client setting forth bids received, establishment of client fund accounts for earnest money deposits, initial discussion of proposed bidding terms. | 0.40 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/24/04 | CHG | Review and revise same. | 0.20 hrs |
| 11/24/04 | CHG | Telephone calls to APS regarding additional considerations concerning bidding procedures. | 0.40 hrs |
| 11/24/04 | CHG | Continued formulation of additional bidding terms and procedures including telephone call to APS regarding same and recommended future action (.8). | 1.40 hrs |
| 11/24/04 | CHG | Telephone calls from and to Dennis Zazlowski, Waveland regarding confirmation of delivery of earnest money deposit. | 0.10 hrs |
| 11/24/04 | CHG | Telephone calls from and to Charlie Kiolbasa regarding status of bids received, initial review of proposed bidding procedures and necessary future action. | 0.40 hrs |
| 11/24/04 | CHG | Telephone calls from and to Phil Sexauer regarding Lake Park due diligence efforts. | 0.20 hrs |
| 11/24/04 | CHG | Telephone call to Charlie Kiolbasa regarding same. | 0.10 hrs |
| 11/28/04 | APS | Outline possible bid procedures for upcoming auction. | 1.10 hrs |
| 11/28/04 | CHG | Preparation of proposed bidding and action guidelines and procedures. | 0.80 hrs |
| 11/28/04 | CHG | Continued preparation, review and revision of same. | 0.40 hrs |
| 11/29/04 | APS | Thorough review and analysis of draft auction procedures prepared by CHG. | 0.60 hrs |
| 11/29/04 | APS | Office conference with CHG in which we discussed, planned and prepared format for auction. | 1.10 hrs |
| 11/29/04 | APS | Telephone call from B. Johnson regarding confidentiality agreement. | 0.30 hrs |
| 11/29/04 | APS | Review and analysis of Excel spreadsheet programs and manuals to determine how to prepare spreadsheet computing Net present value of anticipated purchase offers so as to establish common denominator in company bids. | 1.10 hrs |
| 11/29/04 | CHG | Telephone calls from and to Charlie Kiolbasa regarding bidding status, executory contract assumption issues and preparation of acquired cure notices, preparation of verified report reflecting changes in accounts receivable and inventory for purposes of auction. | 0.60 hrs |
| 11/29/04 | CHG | Telephone call to Bank One to confirm wire transfer receipts from Waveland and Continental Plants. | 0.20 hrs |
| 11/29/04 | CHG | Telephone call to Reid Krakower, Continental Plants regarding whereabouts of earnest money deposit. | 0.10 hrs |
| 11/29/04 | CHG | Review e-mail from Kent Rosen regarding potential bidder and telephone call to Randy Fridkis, Continental Auction Group, regarding possible acquisition interest. | 0.20 hrs |
| 11/29/04 | CHG | Preparation of e-mail to Randy Fridkis regarding same and necessary future action for further pursuit of acquisition interest. | 0.20 hrs |
| 11/29/04 | CHG | Continued analysis and formulation of proposed auction procedures and preparation of e-mail letter to representatives and counsel for all secured creditors, lessors, bidders, US Trustee, creditors committee, High Street Capital representatives and client concerning same. | 1.60 hrs |
| 11/29/04 | CHG | Telephone call to Bank One to confirm receipt of wire transfer from Continental Plants. | 0.10 hrs |
| 11/29/04 | CHG | Telephone calls to and from Reid Krakower regarding whereabouts of same and necessary future action. | 0.10 hrs |
| 11/29/04 | CHG | Telephone call to Eric Prezant regarding bidding status, proposed bidding procedures and guidelines and preparation for auction. | 0.70 hrs |
| 11/29/04 | CHG | Review e-mail from Jerry Poch with attached listing of potential executory contracts to be assumed and assigned in connection with asset sale. | 0.10 hrs |
| 11/29/04 | CHG | Telephone calls from and to Brian Rujawitz regarding status and attendance at auction. | 0.10 hrs |

| Date | | Description | Hours |
|---|---|---|---|
| 11/29/04 | CHG | Conference call with Charlie Kiolbasa and Reid Krakower regarding ongoing analysis of outstanding issues in connection with auction and submission competing bids and further including review of proposed bidding procedures concerning same. | 0.60 hrs |
| 11/29/04 | CHG | Conference call with Steve Rappin, Phil Sexauer and Mark Polinsky, Lake Park Capital regarding same and recommended future action. | 0.70 hrs |
| 11/29/04 | CHG | Telephone calls from and to Eric Prezant regarding same. | 0.40 hrs |
| 11/29/04 | CHG | Telephone call to Charlie Kiolbasa regarding same. | 0.20 hrs |
| 11/29/04 | CHG | Preparation of assumption notice and fax transmittal to non-debtor parties to all executory contracts which maybe assumed and assigned as part of asset sale. | 0.60 hrs |
| 11/29/04 | CHG | Continued preparation, formulation, review and revision of e-mail letter to all counsel and representatives for all secured creditors, lessors, bidders, US Trustee, creditors committee, Rally Capital, and client regarding change of action address and detailed listing of proposed bidding procedures and continued review and revision of same. | 1.40 hrs |
| 11/30/04 | CHG | Telephone calls from and to Phil Sexauer regarding continuing review of proposed auction procedures and anticipated future action. | 0.30 hrs |
| 11/30/04 | CHG | Telephone calls from and to Brian Rujawitz, American Family Products, regarding same including review of e-mail from John Stanis, MAC Funding regarding consent to proposed auction procedures. | 0.60 hrs |
| 11/30/04 | CHG | Telephone call to Bank One regarding confirmation of receipt of Continental Plants wire transfer and absence thereof. | 0.10 hrs |
| 11/30/04 | CHG | Telephone call to Charlie Kiolbasa regarding Waveland Investments bid, outstanding issues in connection therewith, continuing due diligence requests and recommended future action. | 0.30 hrs |
| 11/30/04 | CHG | Preparation of e-mail to Reid Krakower and Rick Rosenbloom, Continental Plants regarding continuing absence of earnest money deposit and necessary future action in light of failure to timely remit deposit. | 0.30 hrs |
| 11/30/04 | CHG | Interoffice conference with APS regarding impact on IFC stay modification motion and proposed stipulation on auction and ongoing review of auction status and necessary future action to prepare therefore. | 0.30 hrs |
| 11/30/04 | CHG | Telephone call to Steve Rappin. | 0.10 hrs |
| 11/30/04 | CHG | Preparation for auction including initial preparation of opening remarks summarizing terms of sale and auction procedures. | 1.70 hrs |
| 11/30/04 | CHG | Telephone call from Diane Stobach, attorney for Bobst Equipment regarding same. | 0.50 hrs |
| 11/30/04 | CHG | Conference call from Dennis Zazlowski and Phil Calian, Waveland Investments regarding ongoing due diligence requests, willingness and ability of debtor to continue auction to allow Waveland to undertake additional due diligence requests, difficulties inherent therein in light of bank funding limitations, continuing review of proposed bidding procedures and recommended future actions. | 0.50 hrs |
| 11/30/04 | CHG | Telephone call to Charlie Kiolbasa regarding status of communications with all four bidders and necessary preparation for auction. | 0.30 hrs |
| 11/30/04 | CHG | Telephone calls from and to Eric Prezant regarding same. | 0.30 hrs |
| 11/30/04 | CHG | Telephone calls to and from Steve Rappin regarding necessity of Lake Park disclosure of specific terms of opening bid. | 0.30 hrs |
| 11/30/04 | CHG | Review e-mail from Continental Plants with confirmation and said reference number for wire transfer of earnest money deposit and telephone call to Bank One to confirm same. | 0.10 hrs |
| 11/30/04 | CHG | Preparation of e-mail to all secured creditors, lessors, bidders, US Trustee, creditors committee and client confirming receipt of Continental Plants | 0.20 hrs |

| Date | Code | Description | Hours |
|---|---|---|---|
| | | earnest money deposit. | |
| 11/30/04 | CHG | Telephone call from Rick Rosenbloom, attorney for Continental Plants regarding attendance at auction and anticipated involvement therein. | 0.20 hrs |
| 11/30/04 | CHG | Continued preparation for auction including ongoing preparation, review and revision of opening remarks. | 1.30 hrs |
| 11/30/04 | CHG | Conference call from Dean Lakhani, Ken Hathi and Brian Rujawitz regarding ongoing formulation of potential bidding and related procedures. | 0.50 hrs |
| 11/30/04 | CHG | Numerous telephone calls from and to Charlie Kiolbasa regarding all pending matters concerning auction. | 0.50 hrs |
| 11/30/04 | CHG | Telephone call from Dean Lakhani regarding potential equity infusion to be made by American Family products pursuant to its bid. | 0.10 hrs |
| 11/30/04 | CHG | Continued preparation for auction including issue of asset purchase agreements received, sale motion, sales procedures order, assumption notice, bidding procedures and opening remarks. | 0.80 hrs |
| 11/30/04 | CHG | Continued evening preparation for auction including review and revision of proposed opening remarks summarizing sales terms and bidding procedures, ongoing review of competing bids, sales procedures order, bidding procedures, executory contract status and related issues. | 0.20 hrs |
| 11/30/04 | APS | Telephone conference with D. Zaslowski and P. Calian regarding auction procedures. | 0.60 hrs |
| 11/30/04 | APS | Review and analysis of lengthy email from CHG to all prospective purchasers and interested parties regarding auction procedures. | 0.30 hrs |

| | | | | |
|---|---|---|---|---|
| Gettleman, Chad H. | 110.60 hrs | 395 /hr | $43,687.00 |
| Silverman, Adam P. | 17.70 hrs | 295 /hr | $5,221.50 |
| Total fees for this matter | 128.30 hrs | | $48,908.50 |

**Billing Summary**

| | | |
|---|---|---|
| Total Fees | 128.30 hrs | $48,908.50 |
| **TOTAL CHARGES FOR THIS BILL** | | **$48,908.50** |

# EXHIBIT E

LAW OFFICES

## ADELMAN & GETTLEMAN, LTD.

53 W. JACKSON BOULEVARD, SUITE 1050

CHICAGO, ILLINOIS 60604

312-435-1050

FAX 312-435-1059

FEIN 36-3382789

December 1, 2004

| | |
|---|---|
| Chapco Carton Company | Invoice No: 4191   CHG |
| Attn: Charles G. Kiolbasa, Jr., President | Client No: 1636   00005 |
| 515 Crossroads Parkway | Billing through: 11/30/04 |
| Bolingbrook, IL 60440 | |

**CHAPCO CARTON COMPANY,**
**a Delaware corporation**
**FEIN 36-2057071**
        Debtor.

### E: PLAN OF REORGANIZATION

**Services Rendered**

| Date | | Description | Hours |
|---|---|---|---|
| 11/09/04 | CHG | Preparation for court hearing on debtor's motion to extend exclusivity and plan filing deadlines including conference with APS concerning same. | 0.30 hrs |
| 11/10/04 | CHG | Preparation for court hearing regarding review and revise proposed court order. | 0.20 hrs |
| 11/10/04 | CHG | Continued preparation for and attendance at court hearing regarding debtors motion to extend exclusivity and plan filing deadlines and conferences with counsel of record regarding same. | 0.40 hrs |
| 11/12/04 | CHG | Preparation of draft revised court order extending exclusivity and plan filing deadlines and review and revise same. | 0.20 hrs |
| 11/12/04 | CHG | Preparation of e-mail to all counsel of record regarding review and approval of same and submission to court following approval. | 0.20 hrs |

|  |  |  |  |
|---|---|---|---|
| Gettleman, Chad H. | 1.30 hrs | 395 /hr | $513.50 |
| Total fees for this matter | 1.30 hrs | | $513.50 |

**Billing Summary**

| | | | |
|---|---|---|---|
| Total Fees | 1.30 hrs | | $513.50 |
| **TOTAL CHARGES FOR THIS BILL** | | | $513.50 |