| | | |
|---|---|---|
| DEBORAH K. EBNER | The Honorable: | BRUCE BLACK |
| 11 EAST ADAMS STREET | Chapter 7 | |
| SUITE 904 | Location: | Ctrm 615, 219 S. Dearborn, Chicago, IL |
| CHICAGO, IL  60603 | Hearing Date: | 03/25/2010 |
| (312) 922-3838 | Hearing Time: | 09:30am |
| Chapter 7 Trustee | Response Date: | 03/11/2010 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHAPCO CARTON COMPANY                § Case No. 04-26000-BWB
`                                            §
                                             §
                                             §
Debtor(s)                                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER             , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/25/2010 in Courtroom 615, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 02/18/2010     By: /s/DEBORAH K. EBNER
                                                                                                                           Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| DEBORAH K. EBNER | The Honorable: | BRUCE BLACK |
| 11 EAST ADAMS STREET | Chapter   7 | |
| SUITE 904 | Location: | Ctrm 615, 219 S. Dearborn, Chicago, IL |
| CHICAGO, IL  60603 | Hearing Date: | 03/25/2010 |
| (312) 922-3838 | Hearing Time: | 09:30am |
| Chapter 7 Trustee | Response Date: | 03/11/2010 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CHAPCO CARTON COMPANY    § Case No. 04-26000-BWB
`                                § 
                                 § 
Debtor(s)                        § 

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $      1,247,485.48

*and approved disbursements of*              $        480,277.84

*leaving a balance on hand of* [1]           $        767,207.64

Claims of secured creditors will be paid as follows:

*Claimant*                                   *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | Fees | Expenses |
|---|---|---|---|
| *Trustee* | Deborah K. Ebner, Trustee | $ 39,156.65 | $ 2,963.59 |
| *Attorney for trustee* | Law Office of Deborah K. Ebner, ESQ. | $ 35,419.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Miller Cooper & Co., Ltd. | $ 10,800.60 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ 10,000.00 | $ |
| *Other* | | $ | $ |
| *Accountant* | Popowcer Katten | $ 1,747.00 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | Adelman Gettleman | $ 149,134.58 | $ 1,329.95 |
| *Accountant for* | Kugman Associates, Inc. | $ 115,492.61 | $ |
| *Appraiser for* | | $ | $ |
| *Other* | C.H. Robinson | $ | $ 7,772.25 |
| *Other* | Foley & Lardner | $ 47,000.50 | $ 1,932.34 |
| *Other* | IFC Credit Corp | $ | $ 98,000.00 |
| *Other* | Lowenstein Sandler | $ 60,292.80 | $ 13,677.76 |
| *Other* | M.S. Ackerman & Co. | $ 15,047.50 | $ 340.20 |
| *Other* | Paige Personnel Services | $ | $ 4,554.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                    Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,557,201.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Warehouse Direct | $ 8,007.08 | $ 115.93 |
| 2 | ComEd Co | $ 25,817.07 | $ 373.80 |
| 3 | Michigan Packaging Company | $ 63,080.54 | $ 913.33 |
| 4 | ULine | $ 114.74 | $ 1.66 |
| 5 | Karbon Kopy Printing | $ 474.79 | $ 6.87 |
| 6 | Gibbon America II, Corp. | $ 906,331.94 | $ 13,122.63 |
| 8 | Advanstar Communications | $ 680.00 | $ 9.85 |
| 9 | Twin Oaks Vending, Inc. | $ 1,004.81 | $ 14.55 |
| 11 | McMaster Carr Supply Co | $ 571.69 | $ 8.28 |
| 12 | Delta Industries, Inc. | $ 444.39 | $ 6.43 |
| 13 | R&L Carriers | $ 411.94 | $ 5.96 |
| 17 | Inland Paperboard and Packaging, Inc dba Temple In | $ 15,263.78 | $ 221.00 |
| 18 | Container Graphics Corp. | $ 424.83 | $ 6.15 |
| 19 | Ford Motor Credit Company | $ 1,362.77 | $ 19.73 |
| 22 | Goding Electric Company | $ 12,769.54 | $ 184.89 |
| 24 | Alois Box Company, Inc. | $ 222,890.00 | $ 3,227.19 |
| 25 | Ken Specialties, Inc. | $ 896.22 | $ 12.98 |
| 26 | General Motors Acceptance Corporation | $ 5,046.73 | $ 73.07 |
| 27 | Tal-Mar Custom Metal Fabricators, Inc. | $ 26,268.00 | $ 380.33 |
| 29 | Contracts Unlimited, Inc | $ 101.00 | $ 1.46 |
| 30 | Hydra-Vac, Inc. | $ 414.23 | $ 6.00 |
| 31 | Dun & Bradstreet | $ 2,401.00 | $ 34.76 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 32 | Initial Electronics, Inc | $ 1,120.55 | $ 16.22 |
| 33 | General Motors Acceptance Corporation | $ 8,703.94 | $ 126.02 |
| 34 | J Krug & Associates | $ 10,582.00 | $ 153.21 |
| 36 | Motion Industries | $ 9,171.69 | $ 132.80 |
| 37 | Chiorino, Inc. | $ 16,610.54 | $ 240.50 |
| 38 | Peak Technologies | $ 1,293.13 | $ 18.72 |
| 39 | Graphic Results | $ 5,175.00 | $ 74.93 |
| 40 | Upham And Walsh Lumber | $ 37,467.60 | $ 542.49 |
| 43 | Citibank South Dakota NA | $ 888.33 | $ 12.86 |
| 44 | Lithographic Industries Inc/Louis Ebert | $ 2,627.97 | $ 38.05 |
| 46 | Dixie Graphics | $ 81.81 | $ 1.18 |
| 47 | ZIPPRICH CONTRACTORS INC | $ 1,250.00 | $ 18.10 |
| 48 | Marco Die Supplies, Inc. | $ 11,318.00 | $ 163.87 |
| 49 | Ameritech Illinois | $ 1,555.28 | $ 22.52 |
| 52 | Kiolbasa, Ronald | $ 855,000.00 | $ 12,379.40 |
| 54 | Much Shelist | $ 40,631.03 | $ 588.29 |
| 56 | J Burke & Associates, Inc. | $ 20,000.00 | $ 289.58 |
| 57 | Smurfit-Stone Container Corp | $ 620,783.29 | $ 8,988.22 |
| 58 | Yellow Transportation Inc | $ 19,356.39 | $ 280.26 |
| 59 | Singer, Steven G | $ 638,287.19 | $ 9,241.65 |
| 60 | Simkins Industries Inc. | $ 167,997.17 | $ 2,432.40 |
| 63 | O'Keefe, Michael P | $ 39.50 | $ 0.57 |
| 64 | General Motors Acceptance Corporation | $ 1,277.60 | $ 18.50 |
| 65 | Canon Business Solutions | $ 4,219.79 | $ 61.10 |
| 66 | Oakbrook Mechanical Service, Inc | $ 11,044.12 | $ 159.91 |
| 68 | GRAHAM GROUP INC | $ 11,975.61 | $ 173.39 |
| 69 | The Centis Creditor Trust | $ 134,530.47 | $ 1,947.84 |
| 70 | Decision One Corp | $ 1,095.08 | $ 15.86 |
| 71 | Sprague Paperboard, Inc | $ 78,073.30 | $ 1,130.41 |
| 72 | VLF, Inc. | $ 8,871.80 | $ 128.45 |
| 75 | Capital One FSB | $ 2,272.87 | $ 32.91 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 76 | Canon Financial Services, Inc. | $ 286.94 | $ 4.15 |
| 77 | RiverCor, LLC | $ 386,449.39 | $ 5,595.34 |
| 79 | Schawk Inc | $ 2,714.00 | $ 39.30 |
| 81 | Rush Logistics, Inc. | $ 1,617.00 | $ 23.41 |
| 82 | Pension Benefit Guaranty Corp | $ 318,100.00 | $ 4,605.72 |
| 83 | Pension Benefit Guaranty Corp | $ 7,856.00 | $ 113.75 |
| 84 | North American Cerutti Corp | $ 688.31 | $ 9.97 |
| 89 | Cargill Financial Services Corporation | $ 359,009.27 | $ 5,198.03 |
| 90 | H.B. Fuller Co. | $ 11,055.85 | $ 160.08 |
| 91 | IFC Credit Corporation | $ 661,723.99 | $ 9,870.57 |
| 94 | Sonoco | $ 46,608.40 | $ 674.84 |
| 95 | Sonoco | $ 46,442.81 | $ 672.44 |
| 96 | Rockford Paperboard, Inc. | $ 399,799.01 | $ 5,788.62 |
| 97 | G & K Services | $ 4,043.40 | $ 58.54 |
| 101 | Carpenter Technologies Corporation | $ 151,422.86 | $ 2,192.43 |
| 103 | Accountemps | $ 644.00 | $ 9.32 |
| 107 | CEI Transport | $ 540.00 | $ 7.82 |
| 108 | Goding Electric Company | $ 10,704.54 | $ 154.99 |
| 112 | Graphic Converting, Inc. | $ 38,289.35 | $ 554.38 |
| 113 | Village of Romeoville | $ 3,476.99 | $ 50.34 |
| 117 | Artwork Systems Inc. | $ 2,225.00 | $ 32.22 |
| 118 | Bemmco Door & Hardware | $ 150.00 | $ 2.17 |
| 121 | Central Pallet Supply Co. | $ 42,357.50 | $ 613.29 |
| 124 | Initial Electronics, Inc | $ 1,400.55 | $ 20.28 |
| 126 | Newark Group, Inc | $ 3,431,919.79 | $ 49,690.18 |
| 127 | W.H. Leary Co., Inc. | $ 287.12 | $ 4.16 |
| 131 | Piette Dieboards | $ 5,632.38 | $ 81.55 |
| 133 | Hinshaw & Culbertson LLP | $ 315.94 | $ 4.57 |
| 134 | Converting Technology, Inc | $ 8,029.64 | $ 116.26 |
| 136 | Graphic Packaging International, Inc. | $ 160,346.19 | $ 2,321.63 |
| 140 | General Motors Acceptance Corporation | $ 9,352.94 | $ 135.42 |
| | American Express Travel | | |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 141 | Related Svcs Co | $ 23,871.14 | $ 345.63 |
| 148 | Oakbrook Mechanical Service, Inc | $ 11,523.52 | $ 166.85 |
| 149 | Anderson & Vreeland Inc. | $ 179,750.91 | $ 2,602.58 |
| 150 | Voegeli Board Sales, Inc. | $ 28,376.37 | $ 410.86 |
| 154 | American Pad & Paper LLC | $ 43,880.80 | $ 635.34 |
| 165 | Semper Paper Company, Inc | $ 138,231.45 | $ 2,001.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 26,203.87 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 162 | Lithographic Industries Inc/Louis Ebert | $ 24,603.87 | $ 0.00 |
| 166 | General Motors Acceptance Corporation | $ 1,600.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 748,314.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 89A | Cargill Financial Services Corporation | $ 748,314.00 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**