| | | |
|---|---|---|
| DEBORAH K. EBNER | The Honorable: | BRUCE BLACK |
| 11 EAST ADAMS STREET | Chapter   7 | |
| SUITE 904 | Location: | Ctrm 615, 219 S. Dearborn, Chicago, IL |
| CHICAGO, IL  60603 | Hearing Date: | 03/25/2010 |
| (312) 922-3838 | Hearing Time: | 09:30am |
| Chapter 7 Trustee | Response Date: | 03/11/2010 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CHAPCO CARTON COMPANY          §   Case No. 04-26000-BWB
`                                      §
                                       §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/25/2010 in Courtroom 615, United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 02/18/2010   By: /s/DEBORAH K. EBNER
                                   Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| DEBORAH K. EBNER | The Honorable: | BRUCE BLACK |
| 11 EAST ADAMS STREET | Chapter   7 | |
| SUITE 904 | Location: | Ctrm 615, 219 S. Dearborn, Chicago, IL |
| CHICAGO, IL  60603 | Hearing Date: | 03/25/2010 |
| (312) 922-3838 | Hearing Time: | 09:30am |
| Chapter 7 Trustee | Response Date: | 03/11/2010 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHAPCO CARTON COMPANY § Case No. 04-26000-BWB
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $   1,247,485.48

*and approved disbursements of*   $   480,277.84

*leaving a balance on hand of* [1]   $   767,207.64

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*   *Fees*   *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | Deborah K. Ebner, Trustee | $ 39,156.65 | $ 2,963.59 |
| *Attorney for trustee* | Law Office of Deborah K. Ebner, ESQ. | $ 35,419.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Miller Cooper & Co., Ltd. | $ 10,800.60 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ 10,000.00 | $ |
| *Other* | | $ | $ |
| *Accountant* | Popowcer Katten | $ 1,747.00 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | Adelman Gettleman | $ 149,134.58 | $ 1,329.95 |
| *Accountant for* | Kugman Associates, Inc. | $ 115,492.61 | $ |
| *Appraiser for* | | $ | $ |
| *Other* | C.H. Robinson | $ | $ 7,772.25 |
| *Other* | Foley & Lardner | $ 47,000.50 | $ 1,932.34 |
| *Other* | IFC Credit Corp | $ | $ 98,000.00 |
| *Other* | Lowenstein Sandler | $ 60,292.80 | $ 13,677.76 |
| *Other* | M.S. Ackerman & Co. | $ 15,047.50 | $ 340.20 |
| *Other* | Paige Personnel Services | $ | $ 4,554.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,557,201.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Warehouse Direct | $ 8,007.08 | $ 115.93 |
| 2 | ComEd Co | $ 25,817.07 | $ 373.80 |
| 3 | Michigan Packaging Company | $ 63,080.54 | $ 913.33 |
| 4 | ULine | $ 114.74 | $ 1.66 |
| 5 | Karbon Kopy Printing | $ 474.79 | $ 6.87 |
| 6 | Gibbon America II, Corp. | $ 906,331.94 | $ 13,122.63 |
| 8 | Advanstar Communications | $ 680.00 | $ 9.85 |
| 9 | Twin Oaks Vending, Inc. | $ 1,004.81 | $ 14.55 |
| 11 | McMaster Carr Supply Co | $ 571.69 | $ 8.28 |
| 12 | Delta Industries, Inc. | $ 444.39 | $ 6.43 |
| 13 | R&L Carriers | $ 411.94 | $ 5.96 |
| 17 | Inland Paperboard and Packaging, Inc dba Temple In | $ 15,263.78 | $ 221.00 |
| 18 | Container Graphics Corp. | $ 424.83 | $ 6.15 |
| 19 | Ford Motor Credit Company | $ 1,362.77 | $ 19.73 |
| 22 | Goding Electric Company | $ 12,769.54 | $ 184.89 |
| 24 | Alois Box Company, Inc. | $ 222,890.00 | $ 3,227.19 |
| 25 | Ken Specialties, Inc. | $ 896.22 | $ 12.98 |
| 26 | General Motors Acceptance Corporation | $ 5,046.73 | $ 73.07 |
| 27 | Tal-Mar Custom Metal Fabricators, Inc. | $ 26,268.00 | $ 380.33 |
| 29 | Contracts Unlimited, Inc | $ 101.00 | $ 1.46 |
| 30 | Hydra-Vac, Inc. | $ 414.23 | $ 6.00 |
| 31 | Dun & Bradstreet | $ 2,401.00 | $ 34.76 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 32 | Initial Electronics, Inc | $ 1,120.55 | $ 16.22 |
| 33 | General Motors Acceptance Corporation | $ 8,703.94 | $ 126.02 |
| 34 | J Krug & Associates | $ 10,582.00 | $ 153.21 |
| 36 | Motion Industries | $ 9,171.69 | $ 132.80 |
| 37 | Chiorino, Inc. | $ 16,610.54 | $ 240.50 |
| 38 | Peak Technologies | $ 1,293.13 | $ 18.72 |
| 39 | Graphic Results | $ 5,175.00 | $ 74.93 |
| 40 | Upham And Walsh Lumber | $ 37,467.60 | $ 542.49 |
| 43 | Citibank South Dakota NA | $ 888.33 | $ 12.86 |
| 44 | Lithographic Industries Inc/Louis Ebert | $ 2,627.97 | $ 38.05 |
| 46 | Dixie Graphics | $ 81.81 | $ 1.18 |
| 47 | ZIPPRICH CONTRACTORS INC | $ 1,250.00 | $ 18.10 |
| 48 | Marco Die Supplies, Inc. | $ 11,318.00 | $ 163.87 |
| 49 | Ameritech Illinois | $ 1,555.28 | $ 22.52 |
| 52 | Kiolbasa, Ronald | $ 855,000.00 | $ 12,379.40 |
| 54 | Much Shelist | $ 40,631.03 | $ 588.29 |
| 56 | J Burke & Associates, Inc. | $ 20,000.00 | $ 289.58 |
| 57 | Smurfit-Stone Container Corp | $ 620,783.29 | $ 8,988.22 |
| 58 | Yellow Transportation Inc | $ 19,356.39 | $ 280.26 |
| 59 | Singer, Steven G | $ 638,287.19 | $ 9,241.65 |
| 60 | Simkins Industries Inc. | $ 167,997.17 | $ 2,432.40 |
| 63 | O'Keefe, Michael P | $ 39.50 | $ 0.57 |
| 64 | General Motors Acceptance Corporation | $ 1,277.60 | $ 18.50 |
| 65 | Canon Business Solutions | $ 4,219.79 | $ 61.10 |
| 66 | Oakbrook Mechanical Service, Inc | $ 11,044.12 | $ 159.91 |
| 68 | GRAHAM GROUP INC | $ 11,975.61 | $ 173.39 |
| 69 | The Centis Creditor Trust | $ 134,530.47 | $ 1,947.84 |
| 70 | Decision One Corp | $ 1,095.08 | $ 15.86 |
| 71 | Sprague Paperboard, Inc | $ 78,073.30 | $ 1,130.41 |
| 72 | VLF, Inc. | $ 8,871.80 | $ 128.45 |
| 75 | Capital One FSB | $ 2,272.87 | $ 32.91 |

**UST Form 101-7-NFR (9/1/2009)**

Case 04-26000   Doc 745   Filed 02/19/10   Entered 02/21/10 23:27:13   Desc Imaged
Certificate of Service   Page 7 of 16

| | | | |
|---|---|---|---|
| 76 | Canon Financial Services, Inc. | $ 286.94 | $ 4.15 |
| 77 | RiverCor, LLC | $ 386,449.39 | $ 5,595.34 |
| 79 | Schawk Inc | $ 2,714.00 | $ 39.30 |
| 81 | Rush Logistics, Inc. | $ 1,617.00 | $ 23.41 |
| 82 | Pension Benefit Guaranty Corp | $ 318,100.00 | $ 4,605.72 |
| 83 | Pension Benefit Guaranty Corp | $ 7,856.00 | $ 113.75 |
| 84 | North American Cerutti Corp | $ 688.31 | $ 9.97 |
| 89 | Cargill Financial Services Corporation | $ 359,009.27 | $ 5,198.03 |
| 90 | H.B. Fuller Co. | $ 11,055.85 | $ 160.08 |
| 91 | IFC Credit Corporation | $ 661,723.99 | $ 9,870.57 |
| 94 | Sonoco | $ 46,608.40 | $ 674.84 |
| 95 | Sonoco | $ 46,442.81 | $ 672.44 |
| 96 | Rockford Paperboard, Inc. | $ 399,799.01 | $ 5,788.62 |
| 97 | G & K Services | $ 4,043.40 | $ 58.54 |
| 101 | Carpenter Technologies Corporation | $ 151,422.86 | $ 2,192.43 |
| 103 | Accountemps | $ 644.00 | $ 9.32 |
| 107 | CEI Transport | $ 540.00 | $ 7.82 |
| 108 | Goding Electric Company | $ 10,704.54 | $ 154.99 |
| 112 | Graphic Converting, Inc. | $ 38,289.35 | $ 554.38 |
| 113 | Village of Romeoville | $ 3,476.99 | $ 50.34 |
| 117 | Artwork Systems Inc. | $ 2,225.00 | $ 32.22 |
| 118 | Bemmco Door & Hardware | $ 150.00 | $ 2.17 |
| 121 | Central Pallet Supply Co. | $ 42,357.50 | $ 613.29 |
| 124 | Initial Electronics, Inc | $ 1,400.55 | $ 20.28 |
| 126 | Newark Group, Inc | $ 3,431,919.79 | $ 49,690.18 |
| 127 | W.H. Leary Co., Inc. | $ 287.12 | $ 4.16 |
| 131 | Piette Dieboards | $ 5,632.38 | $ 81.55 |
| 133 | Hinshaw & Culbertson LLP | $ 315.94 | $ 4.57 |
| 134 | Converting Technology, Inc | $ 8,029.64 | $ 116.26 |
| 136 | Graphic Packaging International, Inc. | $ 160,346.19 | $ 2,321.63 |
| 140 | General Motors Acceptance Corporation | $ 9,352.94 | $ 135.42 |
| | American Express Travel | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 141 | Related Svcs Co | $ 23,871.14 | $ 345.63 |
| 148 | Oakbrook Mechanical Service, Inc | $ 11,523.52 | $ 166.85 |
| 149 | Anderson & Vreeland Inc. | $ 179,750.91 | $ 2,602.58 |
| 150 | Voegeli Board Sales, Inc. | $ 28,376.37 | $ 410.86 |
| 154 | American Pad & Paper LLC | $ 43,880.80 | $ 635.34 |
| 165 | Semper Paper Company, Inc | $ 138,231.45 | $ 2,001.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 26,203.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 162 | Lithographic Industries Inc/Louis Ebert | $ 24,603.87 | $ 0.00 |
| 166 | General Motors Acceptance Corporation | $ 1,600.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 748,314.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 89A | Cargill Financial Services Corporation | $ 748,314.00 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 7                  Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446


The following entities were noticed by first class mail on Feb 21, 2010.
db           +Chapco Carton Company,    515 Crossroads Parkway,    Bolingbrook, IL 60440-4821
aty          +Adam P. Silverman,    Adelman & Gettleman, Ltd.,    53 West Jackson Blvd.,    Suite 1050,
               Chicago, IL 60604-3786
aty          +Adelman & Gettleman Ltd,    Adelman & Gettleman Ltd,    53 W Jackson Blvd Ste 1050,
               Chicago, IL 60604-3786
aty          +Benjamin L. Schneider,    Quarles & Brady,    500 West Madison,    Suite 3700,
               Chicago, IL 60661-4591
aty          +Chad H. Gettleman,    Adelman & Gettleman,    53 West Jackson Boulevard,    Suite 1050,
               Chicago, IL 60604-3786
aty          +Christopher Combest,    Quarles & Brady LLP,    Citicorp Center,    500 W Madison St   Ste 3700,
               Chicago, IL 60661-4591
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
aty           Faye B Feinstein,    Quarles & Brady LLP,    300 N. LaSalle Street, Suite 4000,
               Chicago, IL  60654
aty          +Jeremy C Kleinman,    Frank/Gecker LLP,    325 North LaSalle Street, Suite 625,
               Chicago, IL 60654-6465
aty           Lauren N. Nachinson,    Quarles & Brady,    300 North LaSalle Street,    Suite 4000,
               Chicago, IL  60654
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
8292928      +A-Korn Roller, Inc.,    3545 South Morgan Street,    Chicago, IL 60609-1590
8292931       ADP, Inc.,    P.O. Box 78415,    Phoenix, AZ 85062-8415
8292932      +ADT Security Services,    361 Frontage Rd, Ste 574,    Burr Ridge, IL 60527-5830
8292934      +AGFA Corporation,    200 Ballardvale St.,    Wilmington, MA 01887-1069
8292957       AT & T,   P.O. Box 9001309,    Louisville, KY 40290-1309
8292958       AT&T Wireless Services Chicago,    P.O. Box 8220,    Aurora, IL 60572-8220
9648575      +AT&T/Cingular Wireless,    P O Box 740933,    Dallas, TX 75374-0933
8292929      +Abud, Ryan,    2827 Stonewater Driv,    Naperville, IL 60564-4881
9071313      +Accountemps,    Div of Robert Half International,    5720 Stoneridge Drive Suite Three,
               Pleasanton CA 94588-4521,    Attn Lynda Travers
8292930      +Achtermeier, Christine,    1005 Conrad Lane,    Shorewood, IL 60404-8164
8292933       Advanstar Communications,    131 West First Street,    Duluth, MN 55802-2065
8292935      +Agfa Finance Group,    200 Ballardvile Street,    Wilmington, MA 01887-1074
8292936       Aguilar, Marco,    3419 W. 71st,    Chicago, IL 60629
8292937      +Aguilar, Pablo,    5134 W. 21st Street,    apt #1,    Cicero, IL 60804-2369
8292938      +Aguilar, Victor,    642 Hudson Avenue,    Romeoville, IL 60446-1215
8292939      +Aguilera, Maria Del Socorro,    822 1st Avenue,    Morris, IL 60450-1935
8292940      +Aguirre, Sergio,    7119 S. Homan,    Chicago, IL 60629-3521
8292941      +Alois Box Company, Inc.,    2000 N. Mannheim Road,    Melrose Park, IL 60160-1092
8292942      +Alore, Peter A.,    3052 Everglade Ave,    Woodridge, IL 60517-3329
8292943      +Alvarado, Victor,    5515 S. Kostner,    Chicago, IL 60629-4848
8292944      +Alvarez, Eduardo,    2301 S. Albany,    Chicago, IL 60623-3416
8292945      +Alvarez, Rafael,    3119 W. 40th Street,    Chicago, IL 60632-2419
8292946      +American Express Travel Related Svc,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
8626428       American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
               P.O. Box 3001,    Malvern, PA 19355-0701
9700975      +American Pad & Paper LLC,    c/o Michael P Cooley Esq,    Gardere Wynne Sewell LLP,
               1601 Elm Street Ste 3000,    Dallas, TX 75201-4761
8292947       American United Life Insurance Company,    ATTN: Acct / Control,    P.O. Box 5482,
               Indianapolis, IN 46255-5482
8292948      +Ameritech Illinois,    SBC Midwest Bankruptcy Group,    PO Box 981268,
               West Sacramento, CA 95798-1268
8292949       Amlings Flowerland,    PO Box 3219,    Oak Brook, IL 60522-3219
8292950      +Ammeraal Beltech, Inc.,    652 Browns Ferry Road,    Carmichael, PA 15320-1076
8292951       Amsterdam Printing/Litho,    PO Box 3219,    Amsterdam, NY 12010-0580
8292952      +Anderson & Vreeland Inc.,    8 Evans St,    Fairfield, NJ 07004-2200
8292953      +Arreola, Agustina,    978 E. Lilac Dr,    Palatine, IL 60074-1602
8292954       Arreola, Maria De Los Angeles,    115 W. 17th Ave.,    Melrose Park, IL 60160
8292955      +Arrow Logistics,    245 E. Fullerton Ave.,    Carol Stream, IL 60188-1886
8292956      +Artwork Systems Inc.,    219A Rittenhouse Circle,    Bristol, PA 19007-1615
8292959      +Avila, Jesus,    1828 S. 58th Avenue,    Cicero, IL 60804-1719
8292960      +Avila, Luis,    6846 S. Keeler St.,    Chicago, IL 60629-5715
8292961      +Avila, Raul,    513 Blair Street,    Park Forest, IL 60466-1003
8292962      +Baldwin Graphic Systems,    12 Commerce Drive,    P.O. Box 901,    Sheldon, CT 06484-0941
8292963      +Befco,    Bayerische Hypo-Und Verei,    150 East 42Nd Street,    New York, NY 10017-5612
8292964      +Begeske, Michael,    2108 Lolo Pass Dr.,    Plainfield, IL 60586-5507
8292965      +Bemmco Door & Hardware,    1909 Ogden Ave.,    Lisle, IL 60532-1504
8292966      +Bennewate, Mary,    5756 Lakepoint Drive,    Plainfield, IL 60586-6541
8292967      +Bevilacqua, Patricia L.,    9075 Turnberry Drive,    Burridge, IL 60527-0315
8292968      +Blancarte, Hector M,    2111 S. Austin Blvd.,    Cicero, IL 60804-2013
8292969      +Blancarte, Jaime H.,    2118 S. 61st.Ct.,    Cicero, IL 60804-2001
8292970      +Bobst Equipment Finance Co Inc,    c/o Diane Stolbach, Esq,    675 Morris Ave,
               Springfield NJ 07081-1525
8292971      +Borgini, Joseph A.,    17514 W. Bridle Ct.,    Gurnee, IL 60031-4224
8292972      +Bray, Frank,    910 Wabash,    Wilmington, IL 60481-1464
8292973      +Briones, Emmanuel Martinez,    3321 W. 66th Pl.,    Chicago, IL 60629-3427
8292974      +Brocho, Victor,    224 Walker,    Bolingbrook, IL 60440-2064
8292975      +Brock, Douglas,    591 Ryegrass,    Aurora, IL 60504-4217
8292976      +Broschat, John,    374 Sauk Trail,    Park Forest, IL 60466-1549
8292977      +Bucholz, Leona M.,    714 Stoddard St.,    Wheaton, IL 60187-4448
```

```
District/off: 0752-1           User: arodarte              Page 2 of 7                   Date Rcvd: Feb 19, 2010
Case: 04-26000                 Form ID: pdf006             Total Noticed: 446

10572680      +C.H. Robinson Company,    8100 Mitchell Road,    Eden Prairie, MN 55344-2248
8292994       +CEI Transport,    5105 Toll View Dr.,    Suite 200,    Rolling Meadows, IL 60008-3700
8293005        CNA Insurance,    PO Box 790094,    St Louis, MO 63179-0094
8292978       +Callejas, Tania,    2847 W. 25th Place,    Chicago, IL 60623-4113
8292979       +Camacho, Carmelina,    4030 S. East St,    Stickney, IL 60402-4141
8292980       +Camacho, David,    1670 Peter Lane,    Romeoville, IL 60446-5163
8292981       +Camacho, Edgar R.,    2304 South Albany,    Chicago, IL 60623-3415
8292982       +Camacho, Gregorio,    4030 S. East St.,    Stickney, IL 60402-4141
8292983       +Camacho, Jose V.,    2242 S. Albany,    Chicago, IL 60623-3413
8292984       +Can-Am Packaging Equip.,    30 Pulpit Rd.,    P.O. Box 191,    Pelham, NH 03076-0191
8596352       +Canon Business Solutions,    425 N Martingale Road,    Schaumburg, Il 60173-2406
8292985        Canon Business Solutions-Central, Inc.,    Dept. 77-6024,    Chicago, IL 60678-6024
8381379       +Canon Financial Services Inc,    Law Offices of Andrew Sklar PC,    411 E Route 70 Suite 200,
                Cherry Hill, NJ 08034-2422
8292986        Canon Financial Services, Inc.,    PO Box 4004,    Carol Stream, IL 60197-4004
8651456       +Canon Financial Services, Inc.,    Andrew Sklar,    701 White Horse Road, Suite 5,
                Voorhees, NJ 08043-2494
8292987       +Capital Adhesives,    1260 Old State Rd 67 S.,    Mooresville, IN 46158-8243
8651345       +Capital One FSB,    PO Box 85167,    Richmond, VA 23285-5167
8292988        Capital One, F.S.B.,    Attn: Remittance Processing,    P.O. Box 34631,    Seattle, WA 98124-1631
8292989       +Caraustar (SPRAGUE),    PO Box 281913,    Atlanta, GA 30384-1913
8292990       +Cargill Financial Services Corporation,    12700 Whitewater Drive,    Minnetonka, MN 55343-9438
8914901       +Carpenter Technologies Corporation,    Steven M Siros,    Jenner & Block LLP,    One IBM Plaza,
                Chicago, Il 60611-3586
8292991        Cascades Boxboard Group Inc.,    772 Sherbooke St West #300,    Montreal, Quebec H3A 1G1,
                attn: Miranda Melfi
8292992       +Castaneda, Teodoro,    4730 W 13th Street,    Cicero, IL 60804-1507
8292993       +Castellano, Jeanette M.,    17716 Colonial Ct.,    Plainfield, IL 60586-8258
8292995       +Ceja Victor, Miguel,    2111 Austin,    Cicero, IL 60804-2013
8292996       +Ceja, Rodrigo,    4730 W. 13th,    Cicero, IL 60804-1507
8292997       +Central Pallet Supply Co.,    887-889 Church Rd.,    Elgin, IL 60123-9309
8292998       +Chamberlain, Paul,    12425 Heritage Meadows Dr.,    Plainfield, IL 60585-6175
8292999       +Chavez, Gerardo,    2111 S. Austin Blvd,    Cicero, IL 60804-2013
8293000       +Chavez, Guillermo,    22 S. 15th Avenue,    Maywood, IL 60153-1204
8293001       +Chicago Suburban Express,    P.O. Box 388568,    Chicago, IL 60638-8568
8293002       +Chicago Trailer Pool Corp.,    1150 North Ellis Street,    Bensenville, IL 60106-1117
8293003       +Chiorino, Inc.,    125 Ruthar Drive,    Newark, DE 19711-8025
8420281       +Citibank South Dakota NA,    Assoc Shell Payment Center,    4300 Westown Parkway,
                West Des Moines, IA 50266-1266
8293004       +Citiwaste, Inc.,    808 S. Joliet Street,    Joliet, IL 60436-2782
8293006       +Cole Taylor Bank,    111 W. Washington,    Suite 400,    Chicago, IL 60602-4073
9299934       +Cole Taylor Bank,    Eric S Prezant, Esq,    Vedder, Price, Kaufman & Kammholz, PC,
                222 North LaSalle, Suite 2600,    Chicago, Illinois 60601-1100
9705522       +Cole Taylor Bank Trust 40323,    Gesas, Pilati, Gesas and Golin, Ltd.,
                53 West Jackson Boulevard, Suite 528,    Chicago,    IL 60604-3617,    60604
9705531       +Cole Taylor Bank Trust 40323,    c/o Gesas Pilati Gesas and Golin, Ltd.,
                53 West Jackson Boulevard, Suite 528,    Chicago,    IL 60604-3617,    60604
8683580       +Cole Taylor Bank/Michigan Avenue,    National Bank of Chicago,    c/o Mr Richard G Fanslow,
                5722 West Dempster,    Morton Grove, IL 60053-3040
8293007       +Cole, Charles,    17334 Ridgeland,    Tinley Park, IL 60477-3055
8293008       +Coleman Building,    Richard Fanslow,    5722 Dempster Street,    Morton Grove, IL 60053-3040
8293010        Commonwealth Edison,    Acct. #1040132019,    PO Box 784,    Chicago, IL 60690-0784
8293011       +Container Graphics Corp.,    4841 White Bear Parkway,    White Bear Lake, MN 55110-3325
8293012        Contracts Unlimited, Inc,    205 Green St.,    P.O. Box 1609,    Lockport, NY 14095-1609
8293013        Converting Technology, Inc,    1555 - 1557 Carmen Drive,    Elk Grove Village, IL 60007
8293015       +Countryman, Jimmy A.,    16225 Long Avenue,    Oak Forest, IL 60452-3830
8293016       +Creative Computers,    IdeaMall, Inc.,    2555 W. 190th Street,    Torrance, CA 90504-6002
8293017       +Cronin, Kevin J,    1226 Keywest Drive,    Lockport, IL 60441-2797
8293018       +Crown Lift Trucks,    430 E. Plainfield Rd.,    LaGrange, IL 60525-6910
8293019       +Cruz, Hector,    1996 Wheatfield,    Romeoville, IL 60446-5094
8293021        Custom Global Logistics,    36968 Eagle Way,    Chicago, IL 60678-1369
8293022        D&B,    75 Remittance Drive,    Suite 1793,    Chicago, IL 60675-1793
8293023        Dahlgren LLC,    1634 Cobb International Blvd.,    Kennesaw, GA 30152-4353
8518823       +Daman Express, Inc,    c/o Chris Triska,    1200 Harger Road,    Suite 500,
                Oak Brook, Illinois 60523-1819
8637060       +Decision One Corp,    50 East Swedesford Road,    Franzer, PA 19355-1488
8293024       +DecisionOne Corporation,    6636 Cedar Ave South,    Richfield, MN 55423-2705
8293025       +Delta Industries, Inc.,    2201 Curtiss Street,    Downers Grove, IL 60515-4010
8293026       +Delta Machine Service,    657 S. Warren,    Palatine, IL 60074-7614
8293097        Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                P O Box 21126,    Philadelphia, PA 19114
8293027       +Diaz, Miguel,    1696 RichfieldTrail,    Romeoville, IL 60446-5147
8293028       +Dodson, Craig A.,    1861 Marlboro Lane,    Apt. #13,    Crest Hill, IL 60403-2241
8293029       +Domino Amjet, Inc,    1290 Lakeside Drive,    Gurnee, IL 60031-2499
8651527       +Dorothy Kiolbasa,    2085 W Grand Cypress Ct,    Oro Valley, AZ 85737-8730
8293030       +Duarte, Catalina,    5734 W 35ST Apt2,    Cicero, IL 60804-4229
8293031        Duke Realty LP,    Attn: CRS16A,    75 Remittance Drive,    Suite 3205,    Chicago, IL 60675-3205
9700911       +Duke Realty Limited Partnership,    Louis F Solimine,    Thompson Hine LLP,
                312 Walnut Street Ste 1400,    Cincinnati, OH 45202-4089
8381961       +Dun & Bradstreet,    c/o D&B/RMS Bankruptcy Services,    PO Box 5126,    Timonium, MD 21094-5126
8293032       +Edward Hospital,    801 S. Washington St.,    Naperville, IL 60540-7499
8293033       +Ekvall International Ltd,    309 Vine Street,    Suite 710,    Cincinnati, OH 45202-4511
8293034       +Electricity Exchange, LLC,    5516 Bergamot Ln.,    Naperville, IL 60564-4988
8293035       +Ernandez, Ulises,    5720 N. Campbell,    Chicago, IL 60659
```

```
District/off: 0752-1          User: arodarte              Page 3 of 7                Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446

8293036       +Escatel, Luis,    834 Jackson,    Morris, IL 60450-2368
8293037       +Escatel, Maria Estela,    834 E. Jackson St.,    Morris, IL 60450-2368
8293038       +Evlico,    P.O. Box 6040,    Customer Service,    Lynchburg, VA 24505-6040
8293039       +F.A. Rauch Co.,    1211 North Nobel Street,    Chicago, IL 60642-3328
8293040       +Fleming, James D.,    7108 W. Belden,    Chicago, IL 60707-3201
8293041       +Flores, Esequiel,    5554 S. Christiana A,    Chicago, IL 60629-3104
8293042       +Flores, Joel,    5603 S Christiana,    Chicago, IL 60629-3105
8293043        Ford Credit,    PO Box 64400,    Colorado Springs, CO 80962-4400
8362620       +Ford Motor Credit Company,     P O Box 55000,    Drawer 55-953,    Detroit, MI 48255-0001
8293044       +Fresh Water One Corp.,    2005 Sanford Ave.,    New Lenox, IL 60451-2529
8293045       +G & K Services,    8201 S. Cork Avenue,    Justice, IL 60458-1718
8788667        GE Capital,    Attn Denise Gisvold,    P O Box 3083,    Cedar Rapids, IA 52406-3083
8372765       +GMAC,    PO Box 130424,    Roseville, MN 55113-0004
8293052        GMAC Payment Processing Center,    PO Box 9001952,    Louisville, KY 40290-1952
8630481       +GRAHAM GROUP INC,    400 CHESTERFIELD CENTER STE 400,    CHESTERFIELD, MO 63017-4800
8293063       +GT Specialties,    PO Box 6383,    Albuquerque, NM 87197-6383
8293046       +Garcia, Enrique,    1504-S 60th Ct.,    Cicero, IL 60804-1658
8293047       +Garza Jr., Marcelino,    1467 S. Birch Lane,    South Elgin, IL 60177-2996
8293048       +Gaspar, Joel,    2101 S. 61st Avenue,    Cicero, IL 60804-2047
9618802       +General Motors Acceptance Corporation,     PO Box 5055,    Troy, MI 48007-5055
8293049       +Gibbon America II, Corp.,    801A N. State Street,    Elgin, IL 60123-2101
8293050       +Global Computer Supplies,    175 Ambassador Drive,    Naperville, IL 60540-9785
8293051       +Globke, Brandon M.,    3030 Euclid Avenue,    Berwyn, IL 60402-3145
8293054        Goding Electric Company,    686 W. Fullerton Avenue,    Glendale Heights, IL 60139
8293055       +Gonzalez Jr., Guillermo,    3349 W. Division,    Chicago, IL 60651-2756
8293056       +Gonzalez, Lorena,    2332 S. 61st Ct.,    Cicero, IL 60804-2607
8293057       +Granados, Hector,    1641 Kimberly Lane,    Romeoville, IL 60446-5160
8293058       +Graphic Converting, Inc.,    6701 West Oakton St.,    Niles, IL 60714-3032
8293059       +Graphic Packaging International, Inc.,    814 Livingston Ct,    Marietta, GA 30067-8940
8293060       +Graphic Results,    581 W. Main St.,    Cary, IL 60013-2016
8293061       +Graphic West,    60 Progress Drive,    Manchester, CT 06042-2212
8293062       +Graves, Darryl,    5354 Northwestern Dr,    Matteson, IL 60443-1676
8293064       +Guardian Life Insurance Company,    of America,    550 W. Jackson,    Chicago, IL 60661-5716
8293065        H.B. Fuller Co.,    Credit Dept,    PO Box 65492,    St Paul, MN 55165-0492
8293066       +Hajek, Ronald E.,    6412 S. LeClaire,    Chicago, IL 60638-5733
8293067       +Hale, Warren L.,    16 W 9th Street,    Lockport, IL 60441-2984
8293068       +Harris & Bruno,    8555 Washington Blvd.,    Roseville, CA 95678-5901
8293070       +Heffernan, Garth J.,    104 Dickens Trail,    Elgin, IL 60120-5206
8293071       +Heritage-Crystal Clean, LLC,    3970 West 10th Street,    Indianapolis, IN 46222-3269
8293072       +Hernandez Jr., Raymundo,    6449 S. Troy,    Chicago, IL 60629-2808
8293073       +Hernandez, Alma M.,    2114 N. Hawthorne Av,    Melrose Park, IL 60164-2021
8293074       +Hernandez, Carlos G.,    9595 Maple Drive,    Rosemont, IL 60018-5046
8293075       +Hernandez, Cynthia,    1112 No. 23rd Ave.,    Melrose Park, IL 60160-3145
8293076       +Hernandez, Erwin,    1725 N. Cicero,    Chicago, IL 60639-4569
8293077       +Hernandez, Ines Esther,    2043 University Dr,    Naperville, IL 60565-2983
8293078       +Hernandez, Jose A.,    2202 Dumore,    Joliet, IL 60431-0622
8293079       +Hernandez, Jose R.,    2202 Dumore,    Joliet, IL 60431-0622
8293080       +Hernandez, Salvador,    2175 Estes Ave,    Des Plaines, IL 60018-4004
8293081       +Hernandez, Tomas,    2101 S. 61st Ave.,    Cicero, IL 60804-2047
8293082       +Hicks, Miguel,    1424 Lily Cache Ln,    Bolingbrook, IL 60490-4505
8293083        Hinshaw & Culbertson LLP,    222 N. LaSalle St.,    Suite 300, FD-6,    Chicago, IL 60601-1081
8293084       +Holmes, Otis R.,    2478 Red Hawk Ridge,    Aurora, IL 60503-6298
8293085       +Huffstutler, Christine,    8 Arlington Drive,    Romeoville, IL 60446-1334
8293086       +Humana Health Plan Inc.,    12291 Collections Center Drive,    Chicago, IL 60693-0001
8293087        Humana, Inc.,    PO Box 3027,    Milwaukee, WI 53201-3027
8293088       +Hydra-Vac, Inc.,    35991 Highway 21 North,    Gurnee, IL 60031-1907
8326848       +IFC,    C/O Paloian & Factor,    Scyfarth Shaw LLP,    55 East Monroe Street, Ste 4200,
                 Chicago, Illinois 60603-5713
8293089       +IFC Credit Corporation,    c/o Mr Lee Herndon,    Vice-President of Collections,
                 8700 Waukegan Road,    Morton Grove, IL 60053-2103
8293090       +IFCO Systems,    2000 W. 32nd St.,    Chicago, IL 60608-6105
8293091        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
8406641       +Illinois Dept of Employment Security,    Attorney General Section - 10th Floor So,    33 S State St,
                 Chicago, IL 60603-2804
8293165        Initial Electronics, Inc,    dba NTC Electronics, Inc,    12838 S Cicero Ave,
                 Alsip, IL 60803-3044
8293093       +Inland Paperboard and Packaging, Inc dba Temple In,    Temple Inland Corp Services,
                 A/R Credit & Collections,    1300 S Mopac Expressway,    Austin, TX 78746-6907
8293094       +Inlander Brothers Inc.,    7701 S. Claremont Avenue,    Chicago, IL 60620-5889
8293095       +Integrated Control Solutions,    28 Bridge Ave,    Sicituate, MA 02066-4331
8293096       +Interfilm Holdings, Inc.,    P.O. Box 414218,    Boston, MA 02241-4218
8293098        International Paper Box Machine Co., Inc,    PO Box 787,    Nashua, NH 03061
8293099       +J Burke & Associates, Inc.,    2000 E Lamar Blvd,    Suite 600,    Arlington, TX 76006-7340
8293014       +J Krug & Associates,    1350 W. Northwest Highway,    Mount Prospect, IL 60056-2235
8293100        J.B. Hunt Transport, Inc.,    PO Box 98545,    Chicago, IL 60693-8545
8293101       +Jimenez, Fernando,    440 Sioux Drive,    Bolingbrook, IL 60440-1848
8293102       +Jochum, Michael J,    1096 Crestview Cir,    Elgin, IL 60123-1413
8526517       +Joe Piper Inc,    Euler Hermes ACI,    Agent of Jop Piper, Inc,    800 Red Brook Blvd,
                 Owings Mills, MD 21117-5173
8293103        Joe Piper Inc,    P O Box 11407,    Drawer 367,    Birmingham, AL 35246-0367
8293104       +Jorson & Carlson Co. Inc.,    1501 Pratt Blvd.,    Elk Grove Vllge, IL 60007-5714
8293105       +Just-In-Time Packaging Corp.,    2521 Technology Drive, Suite 213,    Elgin, IL 60124-7889
8293106       +Karbon Kopy Printing,    6252 N Pulaski,    Chicago, IL 60646-5114
```

```
District/off: 0752-1          User: arodarte              Page 4 of 7                    Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446


8293107       Ken Specialties, Inc.,    c/o Catherine Tokarz,    618 N Edgewood Avenue,
              Wood Dale, IL 60191-2618
9661134      +King's Express, Inc.,    c/o Gesas Pilati Gesas and Golin, Ltd.,
              53 West Jackson Blvd., Suite 528,    Chicago,   IL 60604-3617,   60604
8293108      +Kings Express,    PO Box 550,   St Joseph, MN 56374-0550
8293109      +Kiolbasa, Charles G., III,    15 W. Hillgrove Ave.,   Apt 15B,    LaGrange, IL 60525-2015
8293110      +Kiolbasa, Charles G., Jr.,    9075 Turnberry Drive,   Burr Ridge, IL 60527-0315
8293111      +Kiolbasa, Cynthia C.,    9075 Turnberry Drive,   Burr Ridge, IL 60527-0315
8293112      +Kiolbasa, Ronald,    2085 W. Grand Cypress Ct.,   Oro Valley, AZ 85737-8730
8293113      +Krause, Kenneth,    1875 Tall Oaks Drive,    #1403,   Aurora, IL 60505-1251
8293114      +Krzebiot, Brian,    25001 S. Foxford Dr.,    Manhattan, IL 60442-9160
8293115      +Lamas, Magdaleno,    2311 Dora Street,   Melrose Park, IL 60164-1931
8293116       Lesker Co., Inc.,    3576 North Ave.,    Stone Park, IL 60165
8293117       Liberty Propane,    PO Box 458,   Lemont, IL 60439-0458
8293118      +Lithographic Sales & Services Inc,    401 Eastern Ave,   Bensenville, IL 60106-3810
8293119      +Lopez, Maria De Jesus,    1311 N. 18th Avenue,   Melrose Park, IL 60160-3357
8293120      +Lopez-Rosales, Rosendo,    2242 S. Albany,   Chicago, IL 60623-3413
10900736     +Lowenstein Sandler PC,    William B Farrell III CFO,   65 Livingston Avenue,
              Roseland, NJ 07068-1725
8293121      +Lukaszczyk, Andrew,    8642 South Menard,   Burbank, IL 60459-2667
8293122      +M & S Transport, Inc.,    3738 S. Cicero Ave.,   Cicero, IL 60804-4536
8397944      +MAC Fnding Corporation,    John B Stanis,   Masuda, Funai, Eifert & Mitchell,
              1475 E Woodfield Rd Ste 800,    Schaumburg, IL 60173-5485
8397945      +MAC Fnding Corporation,    Gary D Santella,   Masuda, Funai, Eifert & Mitchell Ltd,
              203 N LaSalle Ste 2500,    Chicago, IL 60601-1262
8293123      +MAC Funding Corporation,    1500 Michael Drive,   Suite H,   Wood Dale, IL 60191-1064
8675849      +MAC Funding Corporaton,    John B Stanis,   Masuda, Funai, Eifert & Mitchell, Ltd,
              1475 E Woodfield Rd Ste 800,    Schaumburg, IL 60173-5485
8397947      +MLP U.S. A,   Gary D Santella,   Masuda, Funai, Eifert & Mitchell Ltd,    203 N LaSalle, Ste 2500,
              Chicago, IL 60601-1262
8397946      +MLP U.S.A,    John B Stanis,   Masuda, Funai, Eifert & Mitchell Ltd,    1475 E Woodfield Rd Ste 800,
              Schaumburg, IL 60173-5485
8675850      +MLP U.S.A. Inc,    John B Stanis,   Masuda, Funai, Eifert & Mitchell,
              1475 E Woodfiled Rd., Ste 800,    Schaumburg, IL 60173-5485
8293148      +MLP U.S.A., Inc.,    600 Barclay Boulevard,   Lincolnshire, IL 60069-4328
8293124      +Macias, Manuel,    1405 N. 32nd,   Melrose Park, IL 60160-2807
8293125      +Macorp,    501 Dickerson Rd.,    PO Box 1429,   North Wales, PA 19454-0429
8293126      +Maldonado, Rebeca,    5843 S. Massasoit,   Chicago, IL 60638-3727
8293127      +Malow Corporation,    1835 S. Nordic Road,   Mt. Prospect, IL 60056-5715
8293128      +Mandonado, Oscar,    2111 S. Austin Blvd,   Cicero, IL 60804-2013
8293129      +Manqueros, Maria A.,    1405 S. 32nd Avenue,   Melrose Park, IL 60160-2807
8293130      +Marco Die Supplies, Inc.,    917 Landis Ln,   Mt Washington, KY 40047-6055
8293131      +Mardi Transportation Inc.,    2375 Pratt Blvd.,   Elk Grove Village, IL 60007-5918
8293132      +Marquez, Aron,    3707 W. 70th Street,    Chicago, IL 60629-4232
8293133      +Marron, Gregorio G.,    2218 N. Talman,    Chicago, IL 60647-3025
8293134      +Martinez, Ignacio,    2847 W. 25th Place,    Chicago, IL 60623-4113
8293135      +Martinez, Yajaira,    310 Harrison,    West Chicago, IL 60185-2724
8293136      +McKenna, Inc.,    2935 W. Sherwin Avenue,   Chicago, IL 60645-1209
8352401      +McMaster Carr Supply Co,    600 County Line Rd,   Elmhurst IL 60126-2081
8293137       McMaster Carr Supply Co.,    P.O. Box 7690,   Chicago, IL 60680-7690
8293138       Mead,   Coated Board Division,    2028 Collection Center Drive,    Chicago, IL 60693-2028
9443273      +Meadwestuaro Corp,    9080 Springbord Pike,   Miamisburg, OH 45342-4669
8293139      +Mercado, Alfredo J.,    1816 N. Pulaski,   Chicago, IL 60639-4916
8347136      +Michigan Packaging Company,    700 Eden Road,   Mason, MI 48854-9277
8293140       Michigan Treasury,    Dept. 77889,   Detroit, MI 48277-0889
8293141      +MicroChoice, A Division of MPM,    700 Eden Road,   Mason,, MI 48854-9277
8293142       Midwest Industrial Rubber,    PO Box 958640,   St. Louis, MO 63195-8640
8293143      +Miller Cooper & Co., Ltd.,    Suite 250,   650 Dundee Road,   Northbrook, IL 60062-2759
8293144      +Minjares, Eneida,    5134 W. 21st #1,   Cicero, IL 60804-2369
8293145      +Miranda, Angel,    444 Sioux Drive,   Bolingbrook, IL 60440-1848
8293146      +Mitsubishi Lithographic Presses,    600 Barclay Blvd,   Lincolnshire, IL 60069-4328
8293147       Mittler Supply, Inc.,    P.O. Box 1676,   South Bend, IN 46634-1676
8293149      +Mobile Paperboard Corp.,    701 Mobile Street,   Mobile, AL 36617-2019
8293150      +Moreno, Ricardo,    6719 S. Komensky,   Chicago, IL 60629-4111
8293151      +Moskowitz, Brian N.,    6651 N. California,   Chicago, IL 60645-4421
8293152      +Motion Industries,    1605 Alton Road,   Birmingham, AL 35210-3770
8526352      +Much Shelist,    c/o Scott N Schreiber,   Much Shelist,    191 N Wacker Drive, Ste 1800,
              Chicago, IL 60606-1631
8293153      +Much, Shelist, Freed, Denenberg, Ament &,    Rubenstein, P.C.,   191 N. Wacker Drive,   Suite 1800,
              Chicago, IL 60606-1631
8293154      +Muniz, Heriberto,    538 E. Briarcliff Rd,   Bolingbrook, IL 60440-3054
8293155      +Munoz, Maricela,    308 Fourth Street,   Aurora, IL 60505-4314
8293156      +NCL Graphics,    1970 Estes Ave.,   Elk Grove Village, IL 60007-5416
8293157      +Newark Group, Inc,    attn: Anthony M Matos,    20 Jackson Drive,   Cranford, NJ 07016-3609
8293158       Newark Pacific Paperboard,    PO Box 31001-0929,   Pasedena, CA 91110-0929
8293159      +Newark Paperboard Mills,    800 West Church Street,   Stockton, CA 95203-3206
8293162      +Nimmo, Sara,    33 Nebraska St.,   Geneva, IL 60134-2356
8293163      +Nolasco-Saldana, Everardo,    2111 So Austin,   Cicero, IL 60804-2013
8293164      +North American Cerutti Corp,    C/O Zerand Corporation,    15800 West Overland Drive,
              New Berlin, WI 53151-2815
8293166      +Nunez, Jose,    3639 W. 63rd Place,   Chicago, IL 60629-4024
8503681      +O'Keefe, Michael P,    175 North Grove Street #2H,   Oak Park, Il 60301-1326
8293167      +O'Keefe, Michael P.,    3619 N Wilton Street,   Chicago, IL 60613-4312
8293168       Oakbrook Mechanical Service, Inc,    961 S. Route 83,   Elmhurst, IL 60126-4993
```

```
District/off: 0752-1          User: arodarte              Page 5 of 7              Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446

8293169       +Ocampo, Edilberto,    2332 S. 61st Court,    Cicero, IL 60804-2607
8293170       +Ocampo, Magaly,    6846 S. Keeler,    Chicago, IL 60629-5715
8293171       +Ocampo, Salome,    5122 W. Montana,    Chicago, IL 60639-2408
8293172        Ojeda, Raul,    3045 WS3 Pl.,    Chicago, IL 60632
8293173       +Oliveros, Alejandro,    3906 W. 60th Street,    Chicago, IL 60629-4526
8293174       +Olmedo, Victor,    2741 S Avers,    Chicago, IL 60623-4510
8293175       +Orozco, Jorge,    2418 S. Lombard,    Berwyn, IL 60402-2614
8293176       +Orozco, Rafael,    536 Larkspur Dr.,    Bolingbrook, IL 60440-4811
8293177       +Ortiz, Jose A.,    6719 S. Komensky,    Chicago, IL 60629-4111
8293178        Overnite Transportation Co. (Ovnt),    P.O. Box 79755,    Baltimore, MD 23218
8293179       +Pacheco, Ricardo,    610 Gavin Ave,    Romeoville, IL 60446-1662
8293180       +Pacheco, Teresa,    2838 W. Mclean,    Chicago, IL 60647-3958
9680656       +Paige Personnel Services,    attn: Richard Schuster,    8430 W Bryn Mawr Ave,   Ste. 625,
                Chicago, IL 60631-3407
8293181       +Paul Reilly Company,    1967 Quincy Court,    Glendale Heights, IL 60139-2045
8293182       +Paul Revere Life Insurance Co.,    18 Chestnut Street,    Worcester, MA 01608-1541
8293183       +Paul, James,    504 Everette,    Romeoville, IL 60446-1202
8293184       +Peak Technologies,    c/o ABC-Amega Inc,    1100 Main St,    Buffalo, NY 14209-2308
8293185       +People's Capital & Leasing Corp.,    12150 Mackey,    Overland Park, KS 66213-1277
8411626       +People's Capital & Leasisng Corp,    c/o Dennis A Dressler,    Askounis & Borst, PC,
                303 East Wacker Drive #1000,    Chicago, IL 60601-5216
8293186       +Perez, Jose,    122 Bouchanan,    Morris, IL 60450-1503
8293187       +Perez, Xochitl,    1229 Broadway,    Joliet, IL 60435-4350
8293188       +Piette Dieboards,    711 Ralph Lemorande Dr,    Oconto Falls, WI 54154-1071
8293189        Pimental, Reynaldo,    1215 Richland,    Berwyn, IL 60402
8293190        Pitney Bowes Credit Corp.,    P.O. Box 856460,    Louisville, KY 40285-6460
8293191       +Poch, Jerry N.,    3626 Tallgrass Court,    Joliet, IL 60435-1573
8293192       +Ponce, Manuel C.,    1136 N.Christiana,    Chicago, IL 60651-4147
8293193       +Ponce, Rogelio,    1136 N. Christiana,    Chicago, IL 60651-4147
8293194       +Premier Transport, Ltd.,    23831 W. Andrew Rd.,    Plainfield, IL 60585-9707
8293195        Printers Service,    P.O. Box 5120,    Ironbound Station,    Newark, NJ 07105-5120
8293197       +Prudential,    PO Box 856138,    Louisville, KY 40285-6138
8293196        Prudential,    P.O. Box 1363,    Minneapolis, MN 55440-1363
8293199       +R Graphics Inc.,    P.O. Box 4246,    Rockford, IL 61110-0746
8293200       +R&L Carriers,    PO Box 713153,    Columbus, OH 43271-3153
8293201       +Ramirez, Raul,    2741 S. Avers,    Chicago, IL 60623-4510
8293202       +Ramos, Michael,    2302 S. Elmwood,    Berwyn, IL 60402-2420
8293203       +Renteria, Francisco,    3706 W. 62st St.,    Chicago, IL 60629-4015
8293204        Reserve Account,    PO Box 856056,    Louisville, KY 40285-6056
8293205       +Rios, Margarita,    2643 S. 60th Ct.,    Cicero, IL 60804-3033
8293206       +Rivas, Luis Manuel,    1112 N. 23rd St.,    Melrose Park, IL 60160-3145
8293207       +River Valley,    PO Box 1911,    Akron, OH 44309-1911
8688782       +River Valley Paper Company,    c/o Kate M Bradley,    388 S Main St Suite 500,
                Akron, OH 44311-4419
8293208       +RiverCor, LLC,    2850 Gilchrist Rd.,    Building #5,    Akron, OH 44305-4445
8293209       +Rizzo, Vincent,    5629 W. Byron,    Chicago, IL 60634-2710
8293210       +Robinson, Milton,    8524 S Mackinaw,    Chicago, IL 60617-2629
8293211       +Rock Tenn - Battle Creek Mill,    177 Angell St.,    Battle Creek, MI 49037-8274
8674626       +Rock-Team Company,    c/o Nikolai J Mondi,    PO Box 4098,    Norcross, GA 30091-4098
9401675       +Rockford Paperboard, Inc,    Graydon C Fox,    Lakeland Paper Corp,    506 Prairie,
                Sturgis, MI 49091-2180
8293212       +Rockford Paperboard, Inc.,    P.O. Box 560,    Rockford, MI 49341-0560
8293213       +Rodriguez, Luis,    1322 N. Bell,    Chicago, IL 60622-3033
8293214       +Rodriguez, Luis M.,    2741 S. Avers,    Chicago, IL 60623-4510
8293215       +Romero, Araceli,    5837 S. Kenneth,    Chicago, IL 60629-5226
8293216       +Romero, Samuel,    4730 W. 13th St.,    Cicero, IL 60804-1507
8293217       +Rosete, Mario,    1696 Richfield Trail,    Romeoville, IL 60446-5147
8293218       +Rueda, Ana,    2111 S. Austin,    Cicero, IL 60804-2013
8293219       +Ruiz, Alexander,    5242 W. Montana,    Chicago, IL 60639-1412
8293220       +Ruiz, Ana,    1828 S 58th Avenue,    Cicero, IL 60804-1719
8293221       +Rush Logistics, Inc.,    634 W. Webster Ave.,    Chicago, IL 60614-3710
8293222       +Ruvalcaba, Efrain,    3915 West 57th St.,    Chicago, IL 60629-4424
8293223       +Ruvalcaba, Maribel,    5515 S. Kostner,    Chicago, IL 60629-4848
8293230       +SBC Internet Services,    4865 Collections Center Drive,    Chicago, IL 60693-0001
8293231        SBC Webhosting.com,    PO Box 910439,    Dallas, TX 75391-0439
8293245       +SOS Technologies,    5080 N. Elston,    Chicago, IL 60630-2459
8293224       +Salgado, Moises,    1696 Richfield Trl,    Romeoville, IL 60446-5147
8293225       +Salto, Fabian,    115 N. 17th Avenue,    Melrose Park, IL 60160-3851
8293226       +Salto, Nabor,    1322 S. 49th Avenue,    Cicero, IL 60804-1451
8293227       +Sanchez, Ernesto,    2508 Garden Street,    Joliet, IL 60435-1462
8293228       +Sanchez, Jaime,    1107 S. Wolf Road,    Des Plaines, IL 60016-6147
8293229       +Sanchez, Rafael,    224 Walker Dr,    Bolingbrook, IL 60440-2064
8653123       +Schawk Inc,    1695 River Rd,    Des Plaines, Il 60018-2200
8293232       +Scheffel, Charles J.,    8103 W.45th Place,    Lyons, IL 60534-1814
8293233       +Schuld Incorporated,    352 W. Maple,    Route 30,    New Lenox, IL 60451-2953
8293234       +Scott, Larry G.,    1908 Inner Circle Dr,    Crest Hill, IL 60403-2075
8293235       +Semper Paper Company, Inc,    Deters Benzinger & Lavelle,    207 Thomas More Parkway,
                Crestview Hills, KY 41017-3423
8293236        Shaker Advertising Agency,    1100 Lake St.,    Shaker Bldg.,    Oak Park, IL 60301-1060
8293237        Shell Oil Company,    P. O. Box 98017,    Des Moines, IA 50368-9016
8293238       +Simkins Industries Inc.,    260 East Street,    New Haven, CT 06511-5860
8580045        Singer, Steven G,    c/o Cooch & Taylor,    824 Market Street Ste 1000,    P O Box 1680,
                Wilmington, DE 19899-1680
8293239       +Singraber, Robert,    1621 Addleman Stl,    Joliet, IL 60431-0651
```

```
District/off: 0752-1          User: arodarte              Page 6 of 7                Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446

8293240       +Smurfit Stone - Middletown,   407 Charles St.,    Middletown, OH 45042-2107
8293241       +Smurfit-Stone,   301 E. 144th Street,    Dolton, IL 60419-1118
8293242       +Smurfit-Stone - Wabash,   455 W. Factory St.,    Wabash, IN 46992-3212
8546068       +Smurfit-Stone Container Corp,   Jefferson Smurfit Corp,   401 Alton St,   PO Box 2276,
                Alton, IL 62002-9005
8293243       +Smurfit-Stone Container Corp.,   301 East 144th Street,   Dolton, IL 60419-1118
8293244        Sonoco,   Tara E Nauful Esq,   Haynsworth Sinkler Boyd PA,   PO Box 11889,
                Columbia, SC 29211-1889
8293246        Spectape,   1414 Solutions Center,   Chicago, IL 60171
8637119       +Sprague Paperboard, Inc,   Attn: Sandra Gregel,   PO Box 115,   Austell, GA 30168-0115
8293247       +Standard Insurance,   P.O. Box 6339,   Portland, OR 97228-6339
8293249       +State of Michigan,   Michigan Dept. of Treasury,   Dept 77375, PO Box 77000,
                Detroit, MI 48277-2000
8293250       +Suburban Door Check & Lock Service,   415 W. Ogden Ave.,   Westmont, IL 60559-1496
8293251       +Systems,   Mr. Larry Sommer,   5146 South Meade,   Chicago, IL 60638-1427
8293252        Systems Equipment,   120 S. Ogden Avenue,   Suite 23,   Hinsdale, IL 60521
8293253        Szatkowski, James A.,   5120 S. Throop Stree,   Chicago, IL 60609-5931
8293254       +Tafoya, Flavio,   3159 S. Avers,   Chicago, IL 60623-4938
8293255       +Tal-Mar Custom Metal Fabricators, Inc.,   4632 W. 138th Street,   Crestwood, IL 60445-1931
8293256       +Terrazas, Hilda,   1432 Schoenerr Ave,   Bolingbrook, IL 60490-3215
8636896       +The Centis Creditor Trust,   Evan C Borges, Esq Irell & Manella LLP,
                840 Newport Center Drive, Suite 400,   Newport Beach, CA 92660-6323
8293257        The Custom Companies,   P.O. Box 94338,   Chicago, IL 60678-4338
8293258       +Thomas Interior Systems, Inc.,   476 Brighton Drive,   Bloomingdale, IL 60108-3116
8293259       +Tierra,   Environmental & Industrial Service,   3821 Indianapolis Blvd.,
                East Chicago, IN 46312-2590
8293260       +Topa, Pamela B.,   12819 Stellar lane,   Plainfield, IL 60585-4210
8293261       +Torres, Enrique,   3715 S 59 Avenue,   Cicero, IL 60804-4214
8293262       +Total Fire & Safety,   6808 Hobson Valley Drive,   Woodridge, IL 60517-1449
8293263       +Tranzact Technologies,   360 W. Butterfield Rd.,   Suite 400,   Elmhurst, IL 60126-5041
8293264       +Travez, Lisa L.,   1045 Sheridan,   Naperville, IL 60563-4217
8293265       +Trinidad, David,   2101 South 61 Av,   Cicero, IL 60804-2047
8293266       +Turner, Mark E.,   4516 Hedgerow Ct.,   Plainfield, IL 60586-7540
8293267       +Turner, Robbin W.,   509 Francis St.,   Joliet, IL 60432-1220
8293268       +Twin Oaks Vending, Inc.,   657 Wolverine Drive,   Aurora, IL 60502-9403
8293269       +ULine,   2200 S. Lakeside Drive,   Waukegan, IL 60085-8311
9106597       +UNITED STATES TRUSTEE,   227 W MONROE,   SUITE 3350,   CHICAGO, IL 60606-5099
8293270       +UniFirst Corporation,   2374 Estes Ave.,   Elk Grove Village, IL 60007-5429
8293271       +Uniparts,   939 Industrial Dr.,   Bensenville, IL 60106-1357
8293272        United Lift Truck L.P.,   P.O. Box 5948,   Carol Stream, IL 60197-5948
8759886       +United Parcel Service,   c/o D&B/RMS Bankryptcy Service,   PO Box 4396,   Timonium, MD 21094-4396
8293273        United Parcel Service,   Lockbox 577,   Carol Stream, IL 60132-0577
8293274       +Unlimited Service, Inc.,   PO Box 283,   Elk Grove Village, IL 60009-0283
8293275       +Upham And Walsh Lumber,   2720 Des Plaines Ave,   Des Plaines, IL 60018-4137
8293276       +Uribe, Paulina,   2914 W. McLean,   Chicago, IL 60647-3921
8293277       +V. Seng Teaming Co.,   PO Box 39,   Elk Grove Village, IL 60009-0039
8293290       +VLF, Inc.,   204 Plainview Drive,   Bolingbrook, IL 60440-1612
8293278        Vargas, Cornelio,   1219 S 48CR,   Cicero, IL 60804
8293279        Vasquez, Wilson,   1112 North 23rd,   Stone Park, IL 60165
8293280       +Vazquez, Elizabeth,   604 Virginia,   Joliet, IL 60432-2425
8293281       +Vazquez, Jose,   604 St. Virginia,   Joliet, IL 60432-2425
8293282       +Vazquez, Marco A.,   14 Eastern Avenue,   Joliet, IL 60433-1036
8293283       +Vega, Francisco,   8027 W 46th St,   Lyons, IL 60534-1856
8293284       +Velez, Elvin,   4N382 2nd Avenue,   Addison, IL 60101-1351
8293285       +Vicari, Mario,   452 North Lincoln,   Villa Park, IL 60181-1302
8293286       +Victor-Castro, Jose M.,   2111 S. Austin Blvd,   Cicero, IL 60804-2013
8293287       +Village of Romeoville,   Water Department,   13 Montrose Drive,   Romeoville, IL 60446-1329
8293288       +Villagomez, Argelino,   3303 N. Sacramento,   Chicago, IL 60618-5821
8293289        Vitran Express, Inc.,   PO Box 633519,   Cincinnati, OH 45263-3519
8293291       +Voegeli Board Sales, Inc.,   29 W. 150 Butterfield Road,   Warrenville, IL 60555-2804
8293292       +W.H. Leary Co., Inc.,   19418 South 97Th Avenue,   Mokena, IL 60448-8943
8364735       +W.M. Leary Co, Inc,   8440 B West 183rd Pl,   Tinley Park, IL 60487-6212
8293293       +Wallace, Larry D.,   309 Hadleigh Rd.,   Bolingbrook, IL 60440-2431
8293294       +Warehouse Direct,   1601 W. Algonquin Rd.,   Mount Prospect, IL 60056-5546
8293295       +Wells, Jeffrey B.,   6339 S.Leclaire,   Chicago, IL 60638-5747
8293296       +Western Slope Industries,   2524 Foresight Circle,   Grand Junction, CO 81505-1011
8293297       +Wilk, Michael W.,   6146 S Neenah Ave.,   Chicago, IL 60638-4143
8293299       +Wisniewski, Kevin D,   15 W. HILLGROVE,   APT 15,   LAGRANGE, IL 60525-2015
8293300       +Woodin, Jeffrey P.,   2329 Birch,   2nd Floor,   Des Plaines, IL 60018-3109
8293301       +Wright, Glenn,   1615 Rose Lane,   Romeoville, IL 60446-4892
8293302        Yellow Freight System Inc,   PO Box 5901,   Topeka, KS 66605
8549034       +Yellow Transportation Inc,   c/o D & B RMS Bankruptcy Services,   P O Box 5126,
                Timonium, MD 21094-5126
8458268       +ZIPPRICH CONTRACTORS INC,   TED KUJANSKI,   959 N GARFIELD ST,   LOMBARD, IL 60148-1336
8293303       +Ziemer, Cristal,   535 Pasadena Ave,   Apt 2,   Crest Hill, IL 60403-2466

The following entities were noticed by electronic transmission on Feb 19, 2010.
8293020        E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM                            CSC,   P.O. Box 13397,
                Philadelphia, PA 19101-3397
8347134       +E-mail/Text: legalcollections@comed.com                              ComEd Co,   2100 Swift Drive,
                OakBrook, IL 60523-1559
8293009        E-mail/Text: legalcollections@comed.com                              Commonwealth Edison,
                Bill Payment Center,   Chicago, IL 60668-0001
```

```
District/off: 0752-1          User: arodarte              Page 7 of 7                   Date Rcvd: Feb 19, 2010
Case: 04-26000                Form ID: pdf006             Total Noticed: 446

The following entities were noticed by electronic transmission (continued)
8438084        +E-mail/Text: info@dixiegraphics.com                                 Dixie Graphics,   636 Grassmere Park,
                 Nashville, TN 37211-3697
8293069        +E-mail/Text: dascher@tngus.com                                      Haverhill Paperboard Corp,
                 20 Jackson Drive,   Cranford, NJ 07016-3609
8293092         E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Feb 20 2010 02:52:04
                 Indiana Department of Revenue,   PO Box 7226,   Indianapolis, IN 46207-7226
8293160        +Fax: 630-227-1550 Feb 19 2010 22:58:39      Nicoat,   840 Industrial Drive,
                 Bensenville, IL 60106-1307
8293161         E-mail/Text: bankrup@nicor.com                                      Nicor Gas,   P.O. Box 2020,
                 Aurora, IL 60507-2020
8595933        +Fax: 202-326-4112 Feb 19 2010 22:58:39      Pension Benefit Guaranty Corp,   Stephanie Thomas, ESQ,
                 Office of the General Co - Suite 340,   1200 K Street, NW,   Washington, DC 20005-4025
8293248        +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Feb 20 2010 02:52:04       State of Indiana,
                 100 N. Senate Avenue,   Indianapolis, IN 46204-2273
8293298        +E-mail/Text: dascher@tngus.com                                      Wisconsin Paperboard Corp,
                 20 Jackson Drive,   Cranford, NJ 07016-3609
                                                                                                 TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Kenneth A Rosen
aty              Law Office of Deborah K Ebner
8293053*         GMAC Payment Processing Center,   PO Box 9001952,   Louisville, KY 40290-1952
8293198*        +Prudential,   PO Box 856138,   Louisville, KY 40285-6138
                                                                                                 TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**          **Signature:**   _Joseph Speetjens_