**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
|     CHAPCO CARTON COMPANY, | ) | Case No. 04-26000 |
|                Debtor. | ) | Judge Bruce W. Black (Chicago) |

**NOTICE OF FILING**

TO:    ALL ECF REGISTRANTS
           Chapco Carton Company, 515 Crossroads Parkway, Bolingbrook, IL 60440

     **PLEASE BE ADVISED** that on **MARCH 22, 2010**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **Amendment to First and Final Application of the Law Office of Deborah K. Ebner For Allowance and Payment for Compensation**, a copy of which attached hereto

                                                                        The Law Office of Deborah K. Ebner

                                           By:    /s/Deborah K. Ebner
                                                           Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
The Law Office of Deborah K. Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

     I, Deborah K. Ebner, an attorney, certify that I caused copies of the foregoing Notice and document described therein to be served upon the parties listed above as indicated thereon, on March 22, 2010.

                                                              /s/Deborah K. Ebner
                                                               Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| CHAPCO CARTON COMPANY, | ) | Case No. 04-26000 |
| Debtor. | ) | Judge Bruce W. Black (Chicago) |

**Amendment to First and Final Application of the Law Office of Deborah K.
Ebner For Allowance and Payment for Compensation as Counsel to the Trustee**

NOW COMES Deborah K. Ebner of the Law Office of Deborah K. Ebner ("Ebner"), General Counsel and Claims Analysis Counsel for Deborah K. Ebner, not individually, but solely as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Chapco Carton Company ("Estate"), and as for an Amendment to her First and Final Application for Allowance and Payment for Compensation as Counsel to the Trustee, states as follows:

1. Applicant submits this Amendment to her Application to clarify that service for which compensation is sought pursuant to this Application is legal in nature and not in the nature of Trustee work.

2. As and for an Amendment to narrative descriptions in her Application, Applicant states as follows:

5.1 <u>Claims Analysis and Administration</u>: Ebner Law Office represented the Trustee with respect to the resolution of various Trustee claim objections that were not otherwise resolved during this administration. Specifically, upon direction of the Trustee, Ebner Law Office prepared and presented in excess of 10 claim objections and an omnibus objection to disallow and/or modify the treatment of claims that were invalid or improperly asserted against the Estate. These claims, for the most part, raised complicated issues which required the service of an attorney, and Ebner appeared at Court hearings relative thereto. In the majority of instances, the objections were sustained and orders were entered disallowing and/or modifying claims. As a

result of these efforts, in excess of 50 orders were entered resolving the Trustee's objections to claims and millions of dollars of invalid claims against the Estate were disallowed and/or reduced or modified into valid amounts. (Time spent analyzing the propriety of claims is itemized as "Trustee Time" in a separate application for which no hourly compensation is sought.) This Application seeks compensation only for preparation of legal documents for the objection and resolution of claim disputes, and analysis of complicated issues arising from complexities in this case.

In connection with the foregoing, Ebner Law Office spent 79.80 hours for which it requests allowance and payment of final compensation in the amount of $24,645.00.

5.2  Case Administration: During the course of this administration, Trustee's accountant, a partner at Miller Cooper retired. Thereafter, this engagement, although assigned to another accountant at that firm, appears to have been unattended to for an excessive period of time. During this time, Ebner Law Office negotiated with management at Miller Cooper with regard to the legal ramifications of new requirements for an amended engagement, and ultimately filed a motion to compel turnover of returns so that Trustee could conclude this administration.

In connection with the foregoing, Ebner Law Office spent 2.00 hours for which it requests allowance and payment of final compensation in the amount of $550.00.

5.4  Liquidation: Ebner Law Office represented the Trustee with regard to obtaining turnover of the Debtor's interest in a John Hancock corporate policy ("Policy") that were wrongfully distributed to the Debtor's principal, the latter of whom appears to have changed the beneficiary during the course of Trustee's administration. Negotiation required legal services to analyze rights to death benefits, powers of direction and the like, and to effectively negotiate turnover of the wrongfully obtained benefits from the Debtor's principal. As a result of these

3

efforts, the proceeds of the Policy were turned over and the Estate recovered gross proceeds of nearly $47,000.00. In addition, Ebner Law Office verified and advised the Trustee as to the proper releases relative to certain adversary settlements in order to protect the Estate's interest in the settlement proceeds and otherwise.

In connection with the foregoing, Ebner Law Office spent 2.00 hours for which it requests allowance and payment of final compensation in the amount of $650.00.

3. Notwithstanding the foregoing clarification, Applicant did discover the following entries in her Application for legal compensation which are administrative in nature and which should not be charged on an hourly basis:

| Ricki P. | Case Administration | 12/18/09 | Prepare documents as requested by accountant for preparation of final tax return. | 1.00 | 175.00 | 175.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  | Claims Administration | 10/23/09 | Phone conversation with D. Ebner re: questions regarding claims (.3); email to D. Ebner re: same and review responsive email (.4) | 0.70 | 175.00 | 122.50 |
|  | Claims Administration | 10/29/09 | Phone call to MAC funding claimant's attorney re: trustee's objection to claim (.2); review docket to verify resolution of claim 74 (.2); further conversation with J. Stanis (attorney for MAC) re: trustee's objections and request to amend claim to clarify asserted amount and reclassify amount asserted as priority (.2); correspondence with J. Stanis re: same (.1). | 0.70 | 175.00 | 122.50 |
|  | Fee Application | 09/02/07 | Review correspondence from D. Ebner re: interim fee application. | 0.10 | 165.00 | 16.50 |
|  | Fee Application | 08/12/07 | Review Chapco receipts and disbursements upon which statutory compensation is based;(.4) | 0.40 | 165.00 | 66.00 |
|  | Fee Application | 8/112/07 | Identify receipts not properly coded for recording on Form 1 (.4) | 0.40 | 165.00 | 66.00 |

4. Accordingly Applicant reduces her request for legal compensation by $568.50.

4

**WHEREFORE**, Applicant respectfully submits this Amendment and requests compensation for legal service rendered in the amended amount of $34,851.00.

Respectfully submitted,
The Law Office of Deborah K. Ebner

By:    /s/Deborah K. Ebner
       Deborah K. Ebner, Esq.

Deborah K. Ebner
Attorney No. 6181615
The Law Office of Deborah K. Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838